# EXHIBIT D

US009352229B2

(12) **United States Patent**
Burgess et al.

(10) Patent No.: **US 9,352,229 B2**
(45) Date of Patent: **May 31, 2016**

(54) **CONTROLLER FOR A GAMES CONSOLE**

(71) Applicant: **Ironburg Inventions Ltd.**, Wincanton, Somerset (GB)

(72) Inventors: **Simon Burgess**, Cossington (GB); **Duncan Ironmonger**, Atlanta, GA (US)

(73) Assignee: **Ironburg Inventions Ltd.**, Wincanton (GB)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/736,771**

(22) Filed: **Jun. 11, 2015**

(65) **Prior Publication Data**

US 2015/0283458 A1     Oct. 8, 2015

**Related U.S. Application Data**

(63) Continuation of application No. PCT/EP2014/060587, filed on May 22, 2014.

(60) Provisional application No. 61/882,171, filed on Sep. 25, 2013, provisional application No. 61/826,087, filed on May 22, 2013.

(51) **Int. Cl.**
*A63F 9/24*       (2006.01)
*A63F 13/23*      (2014.01)
(Continued)

(52) **U.S. Cl.**
CPC ................ *A63F 13/23* (2014.09); *A63F 13/02* (2013.01); *A63F 13/08* (2013.01); *A63F 13/24* (2014.09); *A63F 13/98* (2014.09); *A63F 2300/1043* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,251,015 B1 *  6/2001  Caprai .................... A63F 13/06
                                                      273/148 B
7,510,477 B2 *  3/2009  Argentar ................ A63F 13/02
                                                      345/156
(Continued)

FOREIGN PATENT DOCUMENTS

EP       2 479 636     7/2012
EP       2 698 185     2/2015
(Continued)

OTHER PUBLICATIONS

Review: Scuf Xbox 360 Controller, Dave Burns, pp. 5, Oct. 20, 2010 source:     archive.org/web20/20101022215104/http://www. xboxer360.com/features/review-scuf-xbox-360-controller/.*
(Continued)

*Primary Examiner* — Paul A D'Agostino
(74) *Attorney, Agent, or Firm* — Walters & Wasylyna LLC

(57) **ABSTRACT**

A hand held controller for a games console including an outer case and a plurality of controls located on a front end and top of the controller, the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the top of the controller and the user's index fingers are positioned to operate controls located on the front of the controller, wherein the controller further includes at least one additional control located on a back of the controller in a position operable by the middle finger of a user, the at least one additional control including an elongate member that is inherently resilient and flexible such that it can be displaced by a user to activate control function wherein the elongate member is at least partially disposed in a respective channel formed in a rear surface of the controller.

**24 Claims, 48 Drawing Sheets**



**US 9,352,229 B2**

Page 2

(51) **Int. Cl.**
  *A63F 13/24*      (2014.01)
  *A63F 13/98*      (2014.01)
  *A63F 13/90*      (2014.01)

(56)               **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,859,514 B1 | 12/2010 | Park | |
| 8,568,233 B2 * | 10/2013 | Block | A63F 13/02 463/36 |
| 8,641,525 B2 * | 2/2014 | Burgess | A63F 13/24 200/329 |
| 2001/0003713 A1 | 6/2001 | Willner et al. | |
| 2002/0052237 A1 * | 5/2002 | Magill | A63F 13/06 463/38 |
| 2002/0128064 A1 * | 9/2002 | Sobota | A63F 13/06 463/37 |
| 2003/0067111 A1 * | 4/2003 | Swan | A63F 13/02 273/148 R |
| 2004/0259059 A1 * | 12/2004 | Aoki | A63F 13/10 434/61 |
| 2005/0083297 A1 | 4/2005 | Duncan | |
| 2005/0255918 A1 * | 11/2005 | Riggs | A47C 3/16 463/37 |
| 2006/0025217 A1 * | 2/2006 | Hussaini | A63F 13/06 463/36 |
| 2009/0088250 A1 * | 4/2009 | Carlson | A63F 13/06 463/37 |
| 2009/0258705 A1 * | 10/2009 | Guinchard | A63F 13/02 463/37 |
| 2010/0304865 A1 * | 12/2010 | Picunko | A63F 13/06 463/37 |
| 2011/0256930 A1 * | 10/2011 | Jaouen | A63F 13/06 463/37 |
| 2011/0281649 A1 * | 11/2011 | Jaouen | A63F 13/06 463/36 |
| 2012/0322553 A1 * | 12/2012 | Burgess | A63F 13/24 463/37 |
| 2014/0274397 A1 * | 9/2014 | Sebastian | G06F 3/014 463/37 |
| 2015/0238855 A1 * | 8/2015 | Uy | A63F 13/24 463/37 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| GB | 2 244 546 | 12/1991 |
| GB | 2 481 633 | 1/2012 |
| WO | WO 2008/131249 | 10/2008 |

OTHER PUBLICATIONS

International Search Report, PCT/EP2014/060587 (2014).
International Search Report, PCT/EP2015/058096 (2015).
Written Opinion of the International Searching Authority, PCT/EP2015/058096 (2015).
Burns, "Review: Scuf Xbox 360 Controller," Xboxer360.com (2010).
Combined Search and Examination Report, GB1011078.1 (2011).
"Rapid Fire Mod for Wireless Xbox 360 Controller," forum on xbox-scene.com, (2008).
"Thrustmaster USB game controller roundup," dansdata.com/tmsticks.htm (2002).
Coles, Olin, "Thrustmaster Run-N-Drive PC/PS3 Wireless Gamepad" BenchmarkReviews.com (2009).
Office Action, U.S. Appl. No. 14/832,211 (2015).
Office Action, U.S. Appl. No. 14/805,597 (2015).
Office Action, U.S. Appl. No. 14/805,641 (2015).
Office Action, U.S. Appl. No. 14/805,661 (2015).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12



FIG. 13

FIG. 14



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25



FIG. 26



FIG. 27



**FIG. 28**



**FIG. 29**



FIG. 30B

FIG. 30A

FIG. 30C





FIG. 32B

FIG. 32A

FIG. 32C



FIG. 33



FIG. 34A



**FIG. 34B**



**FIG. 34C**



FIG. 35A



FIG. 35B



**FIG. 35C**



**FIG. 36A**

Case 2:17-cv-01182-TSZ   Document 44-4   Filed 08/15/16   Page 36 of 64



**FIG. 36B**



**FIG. 36C**



FIG. 37A



FIG. 37B



FIG. 38A



**FIG. 38B**



**FIG. 39A**



**FIG. 39B**



FIG. 40A

FIG. 40B



FIG. 41A



FIG. 41B



FIG. 41C



FIG. 42



FIG. 43A

FIG. 43B



FIG. 44



FIG. 45



FIG. 46B

FIG. 46A



FIG. 47



FIG. 48

US 9,352,229 B2

1

# CONTROLLER FOR A GAMES CONSOLE

## PRIORITY

This application is a continuation of PCT/EP2014/060587 filed on May 22, 2014, which claims priority from U.S. Ser. No. 61/882,171 filed on Sep. 25, 2013, and U.S. Ser. No. 61/826,087 filed on May 22, 2013. The entire contents of PCT/EP2014/060587, U.S. Ser. No. 61/882,171 and U.S. Ser. No. 61/826,087 are incorporated herein by reference.

## FIELD

The present invention relates to games consoles, in particular to hand held controllers for games consoles.

## BACKGROUND

Controllers for most current games consoles are generally intended to be held and operated by the user using both hands. A conventional controller will generally comprise a hard outer case with a plurality of controls mounted about the controller. Typically the controls include buttons, analogue control sticks, bumpers and triggers. An example of a conventional controller is shown in FIG. **1**.

As can be seen in FIG. **1**, all of the controls are mounted on the front and top of the controller **1**. Specifically, there are left and right analogue thumb sticks **2**, **3** which normally control movement and are intended to be operated by the user's left and right thumbs respectively. There are four buttons **4**, located on a front right portion of the controller **1**, which normally control additional actions and are intended to be operated by the user's right thumb. There is a direction pad **5** located on the lower portion of the front left of the controller **1**. The direction pad **5** is intended to be operated by the user's left thumb, typically either as an alternative to the left thumb stick **2** or to provide additional actions. A left trigger **6**, a right trigger **7**, a left bumper **8** and a right bumper **9** are located on the top edge of the controller **1**. The left and right triggers **6**, **7** are typically operated by a user's index fingers. The left and right bumpers **8**, **9** may also be operated by a user's index fingers.

The only way to operate the four buttons **4** is for a user to remove their right thumb from the right thumb stick **3**. This takes time and, in some games, can cause the loss of control. This is a particular problem in games where the right thumb stick **3** is used for aiming. A similar problem may arise in games where the direction pad **5** provides additional actions and the user has to remove their thumb from the left thumb stick **2** in order to operate the direction pad **5**.

In light of the above, there is a need for an improved controller which removes the requirement for a user to remove their thumb from the left or right thumb stick **2**, **3** in order to operate additional actions controlled by the four buttons **4** and/or the direction pad **5**.

The present invention seeks to overcome or at least mitigate the problems of the prior art.

## SUMMARY

A first aspect of the present invention provides a hand held controller for a games console comprising:

an outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate

2

controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises at least one additional control located on a back of the controller in a position operable by the middle finger of a user, the at least one additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by a user to activate control function wherein the or each elongate member is at least partially disposed in a respective channel formed in a rear surface of the controller.

Advantageously, the channels provide support to the elongate members, reducing the likelihood of damage and stresses applied to the elongate member in use.

Optionally, the channel forms a close fit to the elongate member so as to provide lateral support thereto.

Optionally, the or each elongate member comprises a first dimension and the controller comprises a cover portion forming a conduit enclosing the elongate member within the respective channel along a portion of the first dimension of the elongate member.

Optionally, the or each elongate member comprises a longitudinal dimension and the controller comprises a cover portion forming a conduit enclosing the elongate member within the respective channel along a portion of the longitudinal dimension of the elongate member.

Optionally, the or each elongate member may comprise a first part of a complementary locking mechanism.

Optionally, the or each conduit may comprise a second part of a complementary locking mechanism.

Optionally, the first or second part of a complementary locking mechanism comprises a catch or barb which is displaceable so as to release the elongate member from the conduit.

Optionally, the first or second part of a complementary locking mechanism comprises an aperture or recess having an engaging edge.

In some embodiments, the controller comprises a remap device for enabling configuration of the or each additional controls whilst the controller is in use, the remap device including a remap initiation device for mapping the or each additional control function to a selected one of the controls on the front of the controller so as to configure the or each additional control to replicate a function of the selected one of the controls on the front of the controller.

In some embodiments, the controller comprises a plurality of additional controls located on a back of the controller and wherein each of the plurality of additional controls is activateable by a respective elongate member when present.

In alternative embodiments, the controller comprises a plurality of additional controls located on a back of the controller and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members being detachable from the controller.

In some embodiments, the controller may comprise at least two additional controls located on the back of the controller and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and wherein the outermost surface of a first elongate member is orientated at an angle to the outermost surface of a second adjacent elongate member.

In some embodiments, the controller comprises at least two additional controls located on the back of the controller and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and wherein

US 9,352,229 B2

**3**

the outermost surface of a first elongate member is disposed in a first plane and the outermost surface of a second adjacent elongate member is disposed in a second plane, the first plane being orientated at an angle to the second plane.

Optionally, the angle is between about 5 degrees and about 90 degrees and preferably is about 45 degrees.

Optionally, the controller may comprise at least two additional controls located on the back of the controller and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and wherein at least a portion of the outermost surface of a first elongate member is disposed further from an external surface of the back of the controller than at least a portion of the outermost surface of a second adjacent elongate member.

Optionally, the at least one additional control is mounted within a recess for receiving the gripping fingers of a user, the recess being located on the back of the controller.

Optionally, each elongate member comprises an outermost surface which is disposed in close proximity to the outermost surface of the controller such that a user's finger may be received in said respective recess.

Optionally, the controller may comprise a plurality of additional controls each comprising an elongate member.

Optionally, the or each elongate member is formed from material having a thickness less than 10 mm thick.

Optionally, the or each elongate member is formed from material having a thickness less than 5 mm thick.

Optionally, the or each elongate member is formed from material having a thickness between 1 mm and 3 mm.

Optionally, the or each of the elongate members are parallel with respect to one another.

Optionally, the or each of the elongate members converge towards the front end of the controller with respect to one another.

In some embodiments, a portion of the or each elongate member is in registry with a switch mechanism disposed within the controller, such that displacement of the elongate member activates the switch mechanism.

Optionally, a switch mechanism is disposed between the or each elongate member and an outer surface of the back of the controller.

Optionally, a switch mechanism is mounted to a rear panel of the controller wherein the switch mechanism comprises an engaging surface, the engaging surface being disposed in an aperture in an outer surface of the rear panel and arranged flush with an outer surface of the rear panel.

Optionally, a switch mechanism is mounted to a rear panel of the controller wherein the switch mechanism comprises an engaging surface, the engaging surface being recessed within an aperture defined in an outer surface of the rear panel.

In some embodiments, the additional controls are paddle levers.

Optionally, the additional controls are substantially vertically orientated with respect to the controller.

Optionally, the additional controls are formed separately from the outer case of the controller.

Optionally, the elongate member of the at least one additional control is mounted to the back of the controller by a mounting plate, the mounting plate being secured to the back of the controller to form a rear surface of the controller and the at least one additional control is secured to the mounting plate, wherein the mounting plate comprises at least one channel, each elongate member is at least partially disposed in a respective one of the at least one channels.

A second aspect of the present invention provides a hand held controller for a games console comprising:

**4**

an outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises at least one additional control located on a back of the controller in a position operable by the middle finger of a user, the at least one additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by a user to activate control function;

the controller comprising a mounting plate, the mounting plate being secured to the back of the controller; the mounting plate comprising at least one channel; and

wherein each elongate member of the at least one additional control is at least partially disposed in a respective one of the at least one channel.

A third aspect of the present invention provides a hand held controller for a games console comprising:

a hard outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises a mounting mechanism for detachably securing at least one additional control, the mounting mechanism being located on a back of the controller such that the at least one additional control is in a position operable by the middle finger of a user, the at least one additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by a user to activate control function wherein the or each elongate member comprises a first part of a complementary locking mechanism and the controller comprises a second part of a complementary locking mechanism such that the or each elongate member is detachably secured to the controller.

Optionally, the first or second part of a complementary locking mechanism comprises a catch or barb which is displaceable so as to release the elongate member from the conduit.

Optionally, the first or second part of a complementary locking mechanism comprises an aperture or recess having an engaging edge.

Optionally, the mounting mechanism comprises a mounting plate to which the at least one additional control is detachably secured, and wherein the mounting plate is detachably secured to the back of the controller.

Optionally, the mounting plate forms a battery cover panel.

A fourth aspect of the present invention provides a hand held controller for a games console comprising:

an outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises at least two additional controls mounted on a back of the controller such that the at least two additional controls are in a position operable by the

US 9,352,229 B2

5

6

middle finger of a user, the at least two additional controls comprising a first body portion and at least two first elongate members which are inherently resilient and flexible such that they can be displaced by a user to activate a control function wherein each first elongate member is integrally formed with the body portion.

Optionally, the at least two additional controls are detachably mounted to a mounting plate.

Optionally, the controller comprises at least two further additional controls, the at least two further additional controls comprising a second body portion and at least two second elongate members which are inherently resilient and flexible such that they can be displaced by a user to activate a control function wherein each second elongate member is integrally formed with the second body portion.

Optionally, the second body portion is detachably secured to the first body portion.

Optionally, the at least two further additional controls are detachably mounted to the mounting plate.

A fifth aspect of the present invention provides a hand held controller for a games console comprising:

a hard outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises an over-grip detachably secured to and located on a back of the controller.

A sixth aspect of the present invention provides a hand held controller for a games console comprising:

a hard outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises at least one additional control located on a back of the controller in a position operable by the middle finger of a user, the at least one additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by a user to activate a control or function wherein the or each elongate member of the controller comprises a remap device for enabling configuration of the or each additional controls whilst the controller is in use, the remap device including a remap initiation device for mapping the or each additional control function to a selected one of the controls on the front of the controller so as to configure the or each additional control to replicate a function of the selected one of the controls on the front of the controller.

Optionally, the remap initiation device comprises a switch located in an aperture in the controller body.

A seventh aspect of the present invention provides a method of configuring a hand held games console;

providing a controller having

a hard outer case; and

a plurality of controls located on a front and top of the controller;

the controller being shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the controller and the user's index fingers are positioned to operate controls located on the top of the controller; wherein

the controller further comprises at least one additional control located on a back of the controller in a position operable by the middle finger of a user;

a remap device for enabling configuration of the or each additional controls whilst the controller is in use, the remap device including a remap initiation device;

selecting one of the plurality of controls located on a front and top the controller;

selecting one of the at least one additional controls located on a back of the controller;

depressing and holding the remap initiation device, the selected one of the plurality of controls, and the selected one of the at least one additional controls simultaneously;

thereby configuring the selected one of the at least one additional controls to replicate the function of the selected one of the plurality of controls.

Further features and advantages of the present invention will be apparent from the specific embodiments illustrated in the drawings and discussed below.

Within the scope of this application it is envisaged and intended that the various aspects, embodiments, examples, features and alternatives set out in the preceding paragraphs, in the claims and/or in the following description and drawings may be taken independently or in any combination thereof. For example, features described in connection with one embodiment are applicable to all embodiments unless there is incompatibility of features.

BRIEF DESCRIPTION OF THE DRAWINGS

Exemplary embodiments of the invention will now be described with reference to the accompanying drawings, in which:

FIG. **1** is a schematic illustration of the front of a conventional games console controller according to the prior art;

FIG. **2** is a plan view from below of the rear of a games controller according to the first embodiment;

FIG. **3** is a perspective view from below of the rear panel of a games console controller according to a first embodiment;

FIG. **4** is a plan view from below of the rear panel of a games controller according to the first embodiment;

FIG. **5** is a rear end view of the rear panel of a games console controller according to the first embodiment;

FIG. **6** is a schematic illustration from below of the rear of a games console controller according to the first embodiment in use;

FIG. **7** is an end view of the rear panel of a games console controller according to the first embodiment in which the paddles have been removed to illustrate channels;

FIG. **8** is a perspective view from below of the rear panel of a games console controller according to the first embodiment in which the paddles have been removed to illustrate channels;

FIG. **9** is a plan view from below of the rear panel of a games controller according to a second embodiment;

FIG. **10** is a schematic illustration of a component of the rear of a games console controller according to the second embodiment;

FIG. **11** is an end view of the rear panel of a games controller according to a second embodiment in which the paddles have been removed;

FIG. **12** is a view, taken along the line A-A' shown in FIG. **8** of a portion of the rear panel of a games controller according to a second embodiment in which the paddles have been removed;

7

FIG. **13** is a plan view from below of a paddle component for the games console controller according to the second embodiment;

FIG. **14** is a side view of a paddle component for the games console controller according to the second embodiment;

FIG. **15** is a side view of a paddle component for the games console controller according to a third embodiment;

FIG. **16** is a front view of the rear panel of a games controller according to a fourth embodiment;

FIG. **17** is a plan view from below of the rear of a games console controller according to the fourth embodiment;

FIG. **18** is a plan view from above of the rear panel of a games controller according to the fourth embodiment;

FIGS. **19** and **20** are schematic illustrations of the components of the games controller according to the fourth embodiment;

FIG. **21** is a plan view from below of the rear of a games console controller according to the fifth embodiment;

FIG. **22** is a schematic illustration of a component of the rear of a games console controller according to the fifth embodiment;

FIG. **23** is a rear end view of the rear panel of a games controller according to a fifth embodiment;

FIG. **24** is a view, taken along the line A-A' shown in FIG. **20** of a portion of the rear panel of a games controller according to a fifth embodiment in which the paddles have been removed;

FIG. **25** is a plan view from below of the rear of a games console controller according to the sixth embodiment;

FIG. **26** is a perspective view from below of the rear of a games console controller according to the sixth embodiment;

FIG. **27** is a plan view from below of the rear of a games console of FIG. **26**;

FIG. **28** is a view, taken along the line A-A' shown in FIG. **26** of a saddle for the rear panel of the games controller of FIG. **26**;

FIG. **29** is a plan view from below of a saddle for a games console controller according to a seventh embodiment;

FIG. **30A** is a perspective view from below of the rear of a games console controller according to an eighth embodiment;

FIG. **30B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **30A**;

FIG. **30C** is a view, taken along the line A-A' shown in FIG. **30B** of the manifold and a paddle for the rear of the games console controller of FIG. **30A**;

FIG. **31A** is a perspective view from below of the rear of a games console controller according to a ninth embodiment;

FIG. **31B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **31A**;

FIG. **31C** is a view, taken along the line A-A' shown in FIG. **31B** of the manifold and a paddle for the rear of the games console controller of FIG. **31A**;

FIG. **32A** is a perspective view from below of the rear of a games console controller according to a tenth embodiment;

FIG. **32B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **32A**;

FIG. **32C** is a view, taken along the line A-A' shown in FIG. **32B** of the manifold and a paddle for the rear of the games console controller of FIG. **32A**;

FIG. **33** is a perspective view from below of the rear of a games console controller according to an eleventh embodiment;

FIG. **34A** is a perspective view from below of the rear of a games console controller according to a twelfth embodiment;

8

FIG. **34B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **34A**;

FIG. **34C** is a view, taken along the line A-A' shown in FIG. **34B** of the manifold and a paddle for the rear of the games console controller of FIG. **34A**;

FIG. **35A** is a perspective view from below of the rear of a games console controller according to a thirteenth embodiment;

FIG. **35B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **35A**;

FIG. **35C** is a view, taken along the line A-A' shown in FIG. **35B** of the manifold and a paddle for the rear of the games console controller of FIG. **35A**;

FIG. **36A** is a perspective view from below of the rear of a games console controller according to a fourteenth embodiment;

FIG. **36B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **36A**;

FIG. **36C** is a view, taken along the line A-A' shown in FIG. **36B** of the manifold and a paddle for the rear of the games console controller of FIG. **36A**;

FIG. **37A** is a perspective view from below of the rear of a games console controller according to a fifteenth embodiment;

FIG. **37B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **37A**;

FIG. **38A** is a perspective view from below of the rear of a games console controller according to a sixteenth embodiment;

FIG. **38B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **38A**;

FIG. **39A** is a perspective view from below of the rear of a games console controller according to a seventeenth embodiment;

FIG. **39B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **39A**;

FIG. **40A** is a perspective view from below of the rear of a games console controller according to an eighteenth embodiment;

FIG. **40B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **40A**;

FIG. **41A** is a perspective view from below of the rear of a games console controller according to a nineteenth embodiment;

FIG. **41B** is a perspective view from below of a manifold and paddles for the rear of the games console controller of FIG. **41A**;

FIG. **41C** is a view, taken along the line A-A' shown in FIG. **41B** of the manifold and a paddle for the rear of the games console controller of FIG. **41A**;

FIG. **42** is a perspective view from below of a manifold and paddles for the rear of the games console controller according to a twentieth embodiment;

FIG. **43A** is an alternative perspective view from below of the manifold and paddles of FIG. **42**;

FIG. **43B** is a side view of the manifold and paddles of FIG. **42**;

FIG. **44** is a plan view from below of the manifold and paddles of FIG. **42**;

US 9,352,229 B2

9 10

FIG. **45** is a view, taken along the line A-A shown in FIG. **44**, of the manifold and paddles of FIG. **42**;

FIG. **46**A is a plan view from above of the manifold and paddles of FIG. **42**;

FIG. **46**B is a partial view, taken along the line B-B shown in FIG. **46**A, of the manifold and paddles of FIG. **42**;

FIG. **47** is a perspective view from below of the manifold and paddles of FIG. **42** in which the paddles have been removed from the manifold; and

FIG. **48** is a perspective view from above of the manifold and paddles of FIG. **42** in which the paddles have been removed from the manifold.

DETAILED DESCRIPTION

The rear of a games controller **10** according to the present invention is illustrated in FIGS. **2** to **6**. The front of the games controller **10** of FIGS. **2** to **6** is the same as a conventional controller **1**, as illustrated in FIG. **1** and as discussed above. Therefore, where appropriate, the same reference numerals have been used to indicate the features of the controller according to the present invention **10** that are identical to the features of a conventional controller **1**.

The games controller **10** of the present invention differs from the conventional controller **1** in that it additionally comprises four paddle levers **11A**, **11B**, **11C**, **11D** located on the rear of the controller. The paddle levers **11A**, **11B** are substantially orientated in parallel with respect to a first handle portion H**1** of the controller **10** and are positioned to be operated by the middle, ring or little fingers of a user **12**, as shown in FIG. **6**. The paddle levers **11C**, **11D** are substantially orientated in parallel with respect to a second handle portion H**2** of the controller **10** and are positioned to be operated by the middle, ring or little fingers of a user **12**, as shown in FIG. **6**.

In one embodiment the paddles **11A**, **11B**, **11C**, **11D** are formed from a thin, flexible material such as a plastics material, for example polyethylene. Preferably, the paddles **11A**, **11B**, **11C**, **11D** are less than 10 mm thick, but may be less than 5 mm thick and more preferably are 3 mm thick or less.

The paddles **11A**, **11B**, **11C**, **11D** are inherently resilient, that is to say that they return to an unbiased position when not under load. A user may displace or depress either of the paddles **11A**, **11B**, **11C**, **11D** by engaging an outer surface thereof; such displacement causes the paddle **11A**, **11B**, **11C**, **11D** to activate a switch mechanism **348** as shown in FIGS. **19** and **20** mounted within the body of the controller **10**. The paddles **11A**, **11B**, **11C**, **11D** are mounted between the first handle portion H**1** and the second handle portion H**2** located on the back of the controller **10**, and are disposed in close proximity to the outer surface of the controller body.

In the embodiment of FIG. **2**, the paddles are fixed by a screw mechanism. A screw **15**, having an external screw thread, is received in each of a pair of apertures provided in each of the paddles **11A**, **11B**, **11C**, **11D**. The apertures for receiving the screws are provided at one end of the paddles **11A**, **11B**, **11C**, **11D**; this is a fixed end. The other end of the paddles **11A**, **11B**, **11C**, **11D** is moveable. In this way, the paddles **11A**, **11B**, **11C**, **11D** can be bent or deformed temporarily. The inherent resilience of the paddles **11A**, **11B**, **11C**, **11D** returns the paddles **11A**, **11B**, **11C**, **11D** substantially to their starting position when released. The screws **15** are received in the back of the controller **10** in a respective aperture having an internal screw thread. It is envisaged that the internal screw thread may be pre-tapped into the back portion of the controller body, or may be created when driving the screws **15** into the back portion of the controller body, for example by using a self-tapping screw. It is also envisaged that the internal screw thread may be provided directly in the material forming the back portion of the controller body or may be provided in a separate insert or nut secured to, or in, the controller body.

The base of the controller **10** is provided with four channels **13A**, **13B**, **13C**, **13D**, best shown in FIGS. **7** and **8**. Each channel receives a respective one of the paddles **11A**, **11B**, **11C**, **11D**. In the illustrated embodiment the channels **13A**, **13B**, **13C**, **13D** are arranged to receive an end portion of the respective paddles **11A**, **11B**, **11C**, **11D**. This is achieved by reducing the depth of the channels **13A**, **13B**, **13C**, **13D** towards one end to nothing, such that the channels **13A**, **13B**, **13C**, **13D** are tapered. This provides that one end of each of the paddles **11A**, **11B**, **11C**, **11D** stands proud of the back of the controller **10**, best shown in FIG. **5**. In this way a user can readily engage with the paddles **11A**, **11B**, **11C**, **11D**. The channels **13A**, **13B**, **13C**, **13D** provide stability to the paddles **11A**, **11B**, **11C**, **11D**. This increases the durability of the paddles and of the fixing means.

The channels **13A**, **13B**, **13C**, **13D** reduce the likelihood of the paddles **11A**, **11B**, **11C**, **11D** rotating about the fixing end when engaging with the moveable end. The channels serve to restrict movement of the paddles **11A**, **11B**, **11C**, **11D** in a direction substantially perpendicular to the back of the controller, as indicated by direction arrow D1 in FIG. **5**.

In this way, a user may engage the paddles **11A**, **11B**, **11C**, **11D** with the tips of the fingers, preferably the middle fingers, without compromising their grip on the controller **10**. However, it is envisaged that a user could use the ring or little finger. The index fingers may simultaneously engage trigger style controls mounted on the top end of the controller **10** whilst the thumbs may be used to activate controls on the front of the controller **10**.

The paddles **11A**, **11B**, **11C**, **11D** are elongate in shape and substantially extend in a direction from the top to the bottom of the controller **10**. In one embodiment, the paddles are orientated such that they converge towards the top end with respect to one another; in an alternative embodiment, the paddles are orientated in parallel with respect to one another. The elongate shape of the paddles allows a user to engage the paddles with any of the middle, ring or little fingers; it also provides that different users, having different sized hands, can engage with the paddles in a comfortable position, thereby reducing the effects of prolonged or repeated use such as repetitive strain injury.

Each of the four paddle levers **11A**, **11B**, **11C**, **11D** can replicate the function of one of the four buttons **4** located on the front of the controller **10**, and thereby allow a user to operate the functions of the relevant buttons using their middle fingers **12**, without the need to remove either of their thumbs from the left or right thumb sticks **2**, **3**. In alternative embodiments, the paddle levers **11A**, **11B**, **11C**, **11D** may activate a new function not activated by the controls on the front of the controller **10**.

It is envisaged that the paddles **11A**, **11B**, **11C**, **11D** could be fitted to an existing controller **10**. In such embodiments, the paddles would be mounted onto an outer surface of the controller body by means of a mechanical fixing such as a screw or bolt or, alternatively, bonded or welded to the controller body by adhesive or other suitable means. A switch mechanism would be mounted within the controller in vertical registry with a portion of each paddle. A portion of the switch mechanism may extend through the controller body and be disposed in close proximity to, or in contact with, an innermost surface of the paddles **11A**, **11B**, **11C**, **11D**.

US 9,352,229 B2

11

The handles H1, H2 comprise an inner surface S, as shown in FIG. 5. The inner surface S is engaged by the middle, ring and little fingers of a user's hands. The ring and little fingers are increasingly important for grip of the controller when the middle fingers are employed actuating the paddles 11A, 11B, 11C, 11D. The inner surface S of each of the handles H1, H2 meets a region of the back of the controller 10 upon which the paddles 11A, 11B, 11C, 11D are mounted. The inner surface S is inclined at a steep angle with respect to this region of the controller 10. This angle is equal to or greater than 45 degrees; optionally it may be between about 50 degrees to about 60 degrees. The handles H1, H2 have a substantially flat top portion T. The flat top portion T meets the inner surface S to define a corner or edge; the corner or edge is sharp, that is to say has a small radius of curvature. In this way the handles H1, H2 provide an ergonomic shape for being grasped by the ring and little fingers of a user's hands.

Referring now to FIGS. 9 to 20, there are shown alternative embodiments of the present invention. In the further alternative illustrated embodiments like numerals have, where possible, been used to denote like parts, albeit with the addition of the prefix "100" or "200" or "300" and so on to indicate that these features belong to the second, third, fourth and so on embodiment respectively. The alternative embodiments share many common features with the first embodiment and therefore only the differences from the embodiment illustrated in FIGS. 1 to 8 will be described in any greater detail.

FIG. 9 illustrates a plan view from below of a rear body panel 114 of a controller 110. The rear body panel 114 comprises a manifold or cover portion 120. In the illustrated embodiment the cover portion 120 is secured to an external surface of the rear body panel 114 of the controller 110 by screws 115, although in other embodiments alternative fixing means are envisaged including, but not limited to, adhesive or mechanical interlocks. In alternative embodiments, the cover portion 120 may be secured to an internal surface of the rear body panel 114 of the controller 110. In such an embodiment, the rear body panel 114 of the controller 110 may comprise apertures through which the paddle levers 111A, 111B, 111C, 111D are inserted. In yet other embodiments, the cover portion 120 may be integrally formed or molded with the rear body panel 114 of a controller 110.

The cover portion 120 comprises a first part 117A, 117B, 117C, 117D of a complementary locking means. The first part 117A, 117B, 117C, 117D of the complementary locking means takes the form of an aperture. The aperture is preferably rectangular in shape, although other shapes are envisaged. The cover portion 120 comprises five screw apertures 116 each for receiving a screw 115.

The cover portion 120, when secured over the channels 113A, 113B, 113C, 113D defined in the rear body panel 114 of the controller 110, forms four closed channels or conduits 119A, 119B, 119C, 119D into which a respective one of the paddles 111A, 111B, 111C, 111D is inserted, best illustrated in FIGS. 11 and 12. The conduits 119A, 119B, 119C, 119D surround an end portion of the paddle levers 111A, 111B, 111C, 111D providing increased support to the paddle levers 111A, 111B, 111C, 111D.

The paddle levers 111A, 111B, 111C, 111D are configured to be interchangeable or replaceable without the need to unscrew the fixing screws 115. The paddle levers 111A, 111B, 111C, 111D each comprise a second part 121A of a complementary locking means as shown in FIGS. 13 and 14. The second part 121A of the complementary locking means takes the form of a barb or catch and has an engaging edge 123A which interlocks with the aperture of first part 117A, 117B, 117C, 117D of the complementary locking means. The

12

barb or catch is displaceable so as to be disengageable from the aperture by inserting a tool into the aperture and moving or pressing the barb or catch out of interlocking engagement with the aperture. Once the barb or catch has been sufficiently displaced the paddles 111A, 111B, 111C, 111D can be slid out of the conduit 119A, 119B, 119C, 119D. The paddles 111A, 111B, 111C, 111D can be inserted into the conduits 119A, 119B, 119C, 119D without the need for any tools. The paddles 111A, 111B, 111C, 111D can be pushed into the conduits 119A, 119B, 119C, 119D and in doing so the cover portion progressively engages with the barb or catch forcing it to be displaced within the paddles 111A, 111B, 111C, 111D. When the paddles 111A, 111B, 111C, 111D are inserted sufficiently that the barb or catch is aligned with the aperture, the inherent resilience of the barb or catch biases the barb or catch to return to its starting position such that the engaging edge of the barb or catch engages with an edge of the aperture thereby locking the paddles 111A, 111B, 111C, 111D within the conduits 119A, 119B, 119C, 119D.

FIG. 15 illustrates a side view of a paddle 211A according to a third embodiment. The paddle 211A comprises a lug or projection 224A. The projection 224A projects outwardly from a first surface 225A of the paddle 211A. The first surface 225A of the paddle 211A opposes a second surface 225B of the paddle 211A from which the barb or catch 221A projects. The paddle 211A according to the third embodiment may be employed with the rear body panel 114 of the controller 110 and the cover portion 120 of the second embodiment. In an alternative embodiment, the barb or catch 221A may be omitted and replaced with one or more apertures for receiving a screw 115. In such an embodiment, the paddle lever may be employed with the rear body panel 114 of the controller 110 of the first embodiment.

The lug or projection 224A provides an engaging surface 226A which is spaced from the first surface 225A of the paddle 211A. This lug or projection 224A is configured to be aligned with a switch mechanism 348, see FIG. 19. The engaging surface 226A is arranged to be disposed proximate the switch mechanism 348 such that when the paddle 211A is pressed, the engaging surface 226A contacts with the switch mechanism 348 and activates the switch mechanism 348. One advantage of providing the lug or projection 224A is that the switch mechanism 348 can be disposed in a recessed or flush position within the rear body panel 114 of the controller 110. There is no requirement for any part of the switch mechanism 348 to project from the rear body panel 114 of the controller 110. In this way, the switch mechanism 348 is protected when the paddle 211A is detached from the controller 110. This allows a user to configure the controller with a desired number of paddles in the available positions provided on the controller 110. When the number of paddles employed is less than the number of available positions, those switch mechanisms 348 in the vacant positions are protected by the rear body panel 114 of the controller 110. It also reduces the likelihood of a user accidentally or inadvertently activating a switch mechanism 348 in a vacant position.

FIGS. 16 to 18 show a back panel 314 for a games controller 310. The back panel 314 has a trigger adjustment mechanism 354 for adjusting the start and/or stop positions of the triggers 306, 307. The rear panel 314 also comprises a charging indicator in the form of a Light Emitting Diode (LED).

The rear panel 314 also comprises a remap device 344 in the form of an electronic circuit 346, best shown in FIG. 20, which includes an interface 342 or remap initiation device in the form of a remap switch to activate the remap device 344. The electronic circuit 346 also includes function switches having a switch mechanism 348 for replicating the function of

US 9,352,229 B2

13

one of the four buttons 4 located on the front of the controller 10, and thereby allowing a user to operate the functions of the relevant buttons using their middle fingers, without the need to remove either of their thumbs from the left or right thumb sticks 2, 3. In alternative embodiments, function switches 348 may activate a new function not activated by the controls on the front of the controller 10.

The paddle levers 311A, 311B, 311C, 311D when pressed by the user engage with a respective one of the function switches 348, as illustrated in FIG. 19 to activate the respective function which has been programmed to correspond to that switch.

The remap device 344 can be activated or programmed by a user whist the controller is in use, for example in game play, by simultaneously pressing, for a predefined time period, the desired paddle 311A, 311B, 311C, 311D, hence activating the respective function switch 348, and the remap switch 342 and the desired button 4 which the paddle 311A, 311B, 311C, 311D is to replicate. Upon release of all of the desired paddles 311A, 311B, 311C, 311D, remap switch 342 and desired button 4, the remap device will have configured the selected paddle 311A, 311B, 311C, 311D to replicate the function of the selected button 4. This is advantageous because the function of any paddle 311A, 311B, 311C, 311D can be changed, by the user, in gameplay and provides an instant remapping function.

The rear panel 314 also comprises a pair of over-grips 356. These over-grips 356 are separable from the rear panel 314. The handles H1, H2 can be customized by a user, for example to adjust the size, shape or appearance of the handles H1, H2. In this way, the user can select a particular design, appearance, theme or color scheme for their controller and may change this at will. It also provides a replaceable grip that can be renewed when worn or damaged. The user can select an over-grip 356 having dimensions to suit the particular size of their hand. This may help reduce fatigue or strain to the user's hands or wrists from repeated or prolonged use. The material of the over-grip 356 may be different to that of the rear panel 314. For example, the rear panel 314 may be formed from a rigid plastics material, whereas the over-grip 356 may be formed from a softer, flexible or deformable material which may provide greater comfort to the user. The over-grip 356 may be formed from a material which increases the friction between the user's hands and the controller. This may help to reduce the force the user needs to apply to grasp the controller and hence reduce the likelihood of strain injuries and mitigate against fatigue.

Additionally or alternatively, the over-grips 356 provide increased stability of the controller in the hands of the user enabling more accurate use of the controls of the controller, in particular the thumb sticks 2, 3.

FIGS. 21 to 24 illustrate a controller 410 according to a fifth embodiment. The controller 410 comprises four paddles 411A, 411B, 411C, 411D. The two outer paddles 411A, 411D are mounted substantially parallel to, or in substantially coplanar relationship with, the plane of the back panel 414. The two inner paddles 411B, 411C are mounted to the controller at an angle to the outer paddles 411A, 411D. In the illustrated embodiment, the two inner paddles 411B, 411C are mounted at an angle of approximately 45 degrees to the outer paddles 411A, 411D, although in other embodiments any angle between about 5 and 90 degrees is envisaged. The cover portion 420 is substantially "T" shaped when viewed in plan view from below, as shown in FIG. 21. The cover portion 420 comprises a central leg portion 421 disposed perpendicularly to the arm portions 422A, 422B. The inner paddles 411B, 411C are mounted on opposing sides of the central leg

14

421 of the cover portion 420. The central leg 421 includes function switches 448 mounted into each side wall 423A, 423B, as shown in FIG. 22.

The controller 410 may employ the paddles 111A, 111B, 111C, 111D; 211A, 211B, 211C, 211D according to either the second embodiment (FIG. 9) or third embodiment (FIG. 15). In other embodiments the paddles 411A, 411B, 411C, 411D may be fixed to the cover portion 420 by screws 415 in a similar fashion to the paddles 11A, 11B, 11C, 11D of the first embodiment.

FIG. 25 illustrates a controller 510 according to a sixth embodiment. The controller 510 comprises four paddles 511A, 511B, 511C, 511D. The two outer paddles 511A, 511D are mounted substantially parallel to, or in a substantially coplanar relationship with, the plane of the back panel 514. The two inner paddles 511B, 511C are mounted to the controller at an angle to the outer paddles 511A, 511D. In the illustrated embodiment the two inner paddles 511B, 511C are mounted at an angle of approximately 45 degrees to the outer paddles 511A, 511D, although in other embodiments any angle between about 5 and 90 degrees is envisaged. The cover portion 520 has been integrally formed or molded with the rear panel 514. The paddles 511A, 511B, 511C, 511D are inserted into conduits or tunnels formed within the back panel 514. The conduits or tunnels may be formed in part from the back panel 514 and in part by an internal cover portion (not shown) secured to an inner surface of the back panel 514.

The paddle arrangement of the fourth and fifth embodiments is advantageous since a user may engage the inner paddles 411B, 411C; 511B, 511C and the outer paddles 411A, 411D; 511A, 511D with the same finger, the distance the user must move their finger between the outer paddle 411A, 411D; 511A, 511D and the adjacent inner paddle 411B, 411C; 511B, 511C is reduced. In some embodiments, the user may not need to disengage their finger from the outer paddle 411A, 411D; 511A, 511D to engage the adjacent inner paddle 411B, 411C; 511B, 511C. The user may slide or roll their finger over the outer paddle 411A, 411D; 511A, 511D to engage the inner paddle 411B, 411C; 511B, 511C and activate the respective function switch 448, whilst maintaining contact with the adjacent outer paddle 411A, 411D; 511A, 511D.

Referring now to FIGS. 26 to 41C, there are shown further alternative embodiments of the present invention. In the further alternative illustrated embodiments, like numerals have, where possible, been used to denote like parts, albeit with the addition of the prefix "600", "700", "800" and so on to indicate that these features belong to the sixth, seventh, eighth, and so on embodiment respectively.

FIGS. 26 to 28 illustrate a controller 610 according to a sixth embodiment. The controller 610 comprises two paddles 611A, 611B. The two paddles 611A, 611B are mounted substantially parallel to the plane of the back panel 614. The controller 610 comprises a mounting plate or saddle 650 for mounting the two paddles 611A, 611B to the back panel 614 of the controller 610. Each paddle 611A, 611B is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddle 611A, 611B to activate the switch disposed therebelow. The mounting plate 650 comprises a pair of channels or recesses in the outer surface. The channels or recesses 619A, 619B are shaped complementarily to the paddles 611A, 611B. Each paddle 611A, 611B is received in a respective one of the channels 619A, 619B. Each paddle 611A, 611B comprises a pair of apertures disposed approximate one end. Each channel 619A, 619B comprises a pair of apertures 616A, 616B. The apertures 616A, 616B in the channels

US 9,352,229 B2

15

619A, 619B are arranged so as to be in vertical alignment with the apertures in the respective one of the paddles 611A, 611B. Fixing members 615, preferably screws, are inserted through each aperture of the paddles 611A, 611B and pass through the respective aperture in the channels of the mounting plate 650. The fixing members 615 are received in the back panel 614 of the controller 610. In this way the mounting plate 650 and the paddles 611A, 611B are affixed to the controller 610. The mounting plate 650 optionally comprises a tongue portion 649 which is formed so as to be complementary in shape to the back panel 614 of the controller 610; the tongue portion 649 is molded integrally with the mounting plate 650 and wraps about an edge or corner of the back panel 614 of the controller 610. In this way, the tongue portion 649 further increases the stability of the mounting plate 650. The tongue portion 649 also serves to facilitate alignment of the mounting plate 650 with the back panel 614 of the controller 610 when assembling the controller 610. Side edges of the mounting plate 650 may be shaped complementarily to handles or grip portions H1, H2 of the controller, further increasing stability and aiding alignment of the mounting plate 650.

FIG. 29 illustrates a mounting plate 750 for a controller according to a seventh embodiment. The seventh embodiment shares many common features with the sixth embodiment and therefore only the differences from the embodiment illustrated in FIGS. 26 to 28 will be described in any greater detail. The tongue portion has been omitted from the mounting plate 750. The mounting plate 750 comprises a first aperture 754. First aperture 754 is configured so as to allow access to a button provided in the back panel of the controller. The button may provide the user with functionality such as resetting or restarting the controller. The mounting plate 750 comprises a cutaway 752. The cutaway 752 facilitates access to a fixing member or screw which secures the back panel 614 of the controller 610 to a chassis or front panel of the controller.

FIGS. 30A to 30C illustrate a controller 810 according to an eighth embodiment. The eighth embodiment shares many common features with the previous embodiments and therefore only the differences from the embodiments illustrated in FIGS. 1 to 29 will be described in any greater detail. The controller 810 comprises four paddles 811A, 811B, 811C, 811D. The four paddles 811A, 811B, 811C, 811D are mounted substantially parallel to the plane of the back panel 814. The controller 810 comprises a detachable mounting plate or saddle 870 for mounting the four paddles 811A, 811B, 811C, 811D to the back panel 814 of the controller 810. Each paddle 811A, 811B, 811C, 811D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles 811A, 811B, 811C, 811D to activate the switch disposed therebelow. The detachable mounting plate 870 comprises two conduits 875A, 875B. Each of the conduits 875A, 875B receives a pair of paddles 811A/811B; 811C/811D. Each of the paddles 811A, 811B, 811C, 811D comprises a tapered leading end 872A, see FIG. 30A. The tapered leading end 872A facilitates insertion of the paddles 811A, 811B, 811C, 811D into the conduits 875A, 875B as indicated by direction arrow D2. Each of the paddles 811A, 811B, 811C, 811D comprises a recess or cutaway 874A in an upper surface thereof. Each of the paddles 811A, 811B, 811C, 811D comprises a catch 821A, 821C adjacent to the recess or cutaway 874A. The recess or cutaway 874A, 874C and the catch 821A, 821C define a transition therebetween. The transition forms a first engaging edge.

Each of the conduits 875A, 875B comprises a pair of projections or detents 873A. The projections 873A are provided inside the conduits 875A, 875B, and preferably project

16

downwards from a ceiling of the conduits 875A, 875B. The projections or detents 873A comprise a second engaging edge. The second engaging edge of the conduits 875A, 875B cooperates with the first engaging edge of one of the paddles 811A, 811B, 811C, 811D to lock the respective paddle 811A, 811B, 811C, 811D within the conduit 875A, 875B. The floor of each conduit 875A, 875B is cut away or recessed such that the end portion of each paddle can be pressed downwardly so as to disengage the first engaging edge of the paddles 811A, 811B, 811C, 811D from the second engaging edge of the projections or detents 873A in the conduits 875A, 875B. The detachable mounting plate 870 comprises four release apertures 872A, 872B, 872C, 872D. Each release aperture 872A, 872B, 872C, 872D is configured so as to be disposed over a respective one of the paddles 811A, 811B, 811C, 811D. A user can insert a tool into the release apertures 872A, 872B, 872C, 872D to apply a force, as indicated by direction arrow D1, against the paddles 811A, 811B, 811C, 811D disposed thereabout. In this way the first engaging edge of the paddles 811A, 811B, 811C, 811D is disengaged from the second engaging edge of the projections or detents 873A. The paddles 811A, 811B, 811C, 811D can be removed by pulling the paddles 811A, 811B, 811C, 811D in a direction opposite to that indicated by direction arrow D2.

The conduits 875A, 875B may comprise guide members in the form of a pair of rails or a recess, wherein each guide member engages the lateral edges of a respective one of the paddles 811A, 811B, 811C, 811D. In some embodiments, part of the guide member for each paddle 811A, 811B, 811C, 811D may be provided by a side wall of one of the pair of conduits 875A, 875B.

The paddles 811A, 811B, 811C, 811D comprise a lug or projection 824A.

The detachable mounting plate 870 is detachably coupled to the back panel 814 of the controller 810 by one or more detents or latches (not shown). In some embodiments, the detachable mounting plate 870 covers or protects a void in the controller 810; preferably, a power source such as a battery is provided in the void. The detachable mounting plate 870 may be detached from the controller 810 for insertion or removal of the paddles 811A, 811B, 811C, 811D. Alternatively, insertion or removal of the paddles 811A, 811B, 811C, 811D may be carried out with the detachable mounting plate 870 mounted to the back panel 814 of the controller 810.

It is envisaged that the detachable mounting plate 870 may be retrofitted to a controller 810 in place of a battery cover panel (not shown) which mates with the back panel 814 of the controller 810.

FIGS. 31A to 31C illustrate a controller 910 according to a ninth embodiment. The ninth embodiment shares many common features with the previous embodiments and therefore only the differences from the embodiments illustrated in FIGS. 1 to 29 will be described in any greater detail. The controller 910 comprises four paddles 911A, 911B, 911C, 911D. The four paddles 911A, 911B, 911C, 911D are mounted substantially parallel to the plane of the back panel 914. The controller 910 comprises a detachable mounting plate or saddle 970 for mounting the four paddles 911A, 911B, 911C, 911D to the back panel 914 of the controller 910. Each paddle 911A, 911B, 911C, 911D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddle 911A, 911B, 911C, 911D to activate the switch disposed therebelow. The detachable mounting plate 970 comprises four conduits 975C. Each of the conduits 975C receives a respective one of the paddles 911A, 911B, 911C, 911D. Each paddle 911A, 911B, 911C, 911D comprises a laterally pro-

17 18

jecting guide member **955**C projecting from opposing sides thereof. The laterally projecting guide members **955**C of each paddle **911**A, **911**B, **911**C. **911**D are received by the respective one of the four conduits **975**C. Each of the laterally projecting guide members **955**C of each paddle **911**A, **911**B, **911**C, **911**D is disposed below a portion of the respective one of the four conduits **975**C. The laterally projecting guide members **955**C ensure the catches **921**A of the paddles **911**A, **911**B, **911**C, **911**D are secure within the detachable mounting plate **970**.

FIGS. **32**A to **32**C illustrate a controller **1010** according to a tenth embodiment. The controller **1010** comprises four paddles **1011**A, **1011**B, **1011**C, **1011**D. The four paddles **1011**A, **1011**B, **1011**C, **1011**D are mounted substantially parallel to the plane of the back panel **1014**. The controller **1010** comprises a detachable mounting plate or saddle **1070** for mounting the four paddles **1011**A, **1011**B, **1011**C, **1011**D to the back panel **1014** of the controller **1010**. Each paddle **1011**A, **1011**B, **1011**C, **1011**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles **1011**A, **1011**B, **1011**C, **1011**D to activate the switch disposed therebelow. The detachable mounting plate **1070** comprises four conduits **1075**D. Each of the conduits **1075**D receives a respective one of the paddles **1011**A, **1011**B, **1011**C, **1011**D. Each paddle **1011**A, **1011**B, **1011**C, **1011**D comprises a laterally projecting guide member **1055**C projecting from opposing sides thereof. The laterally projecting guide members **1055**C of each paddle **1011**A, **1011**B, **1011**C, **1011**D are received by the respective one of the four conduits **1075**D. Each of the laterally projecting guide members **1055**C of each paddle **1011**A, **1011**B, **1011**C, **1011**D is disposed below a portion of the respective one of the four conduits **1075**D. Each paddle **1011**A, **1011**B, **1011**C, **1011**D comprises a first catch or detent **1076**A, see FIG. **32**C, mounted to a lower surface thereof. The detachable mounting plate **1070** comprises a second catch or detent **1077**A, **1077**D mounted to an upper surface thereof. The first catch or detent **1076**A mates with the second catch or detent **1077**A, **1077**D to lock each paddle **1011**A, **1011**B, **1011**C, **1011**D into the respective one of the four conduits **1075**D.

FIG. **33** illustrates a controller **1110** according to an eleventh embodiment. The controller **1110** comprises four paddles **1111**A, **1111**B, **1111**C, **1111**D. The four paddles **1111**A, **1111**B, **1111**C, **1111**D are mounted substantially parallel to the plane of the back panel **1114**. The controller **1110** comprises a detachable mounting plate or saddle **1170** for mounting the four paddles **1111**A, **1111**B, **1111**C, **1111**D to the back panel **1114** of the controller **1110**. Each paddle **1111**A, **1111**B, **1111**C, **1111**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddle **1111**A, **1111**B, **1111**C, **1111**D to activate the switch disposed therebelow. The detachable mounting plate **1170** comprises four conduits. Each of the conduits receives a respective one of the paddles **1111**A, **1111**B, **1111**C, **1111**D. The detachable mounting plate **1170** comprises four release apertures **1172**A, **1172**B, **1172**C, **1172**D. Each release aperture **1172**A, **1172**B, **1172**C, **1172**D is configured so as to be disposed over a respective one of the paddles **1111**A, **1111**B, **1111**C, **1111**D. Each release aperture **1172**A, **1172**B, **1172**C, **1172**D receives a catch **1121**A, **1121**B, **1121**C, **1121**D of a respective one of the paddles **1111**A, **1111**B, **1111**C, **1111**D. The catches **1121**A, **1121**B, **1121**C, **1121**D form a button which may be pressed by a user with their finger to disengage the catches **1121**A, **1121**B, **1121**C, **1121**D from the release apertures **1172**A, **1172**B, **1172**C, **1172**D.

FIGS. **34**A to **34**C illustrate a controller **1210** according to a twelfth embodiment. The controller **1210** comprises four paddles **1211**A, **1211**B, **1211**C, **1211**D. The four paddles **1211**A, **1211**B, **1211**C, **1211**D are mounted substantially parallel to the plane of the back panel **1214**. The controller **1210** comprises a detachable mounting plate or saddle **1270** for mounting the four paddles **1211**A, **1211**B, **1211**C, **1211**D to the back panel **1214** of the controller **1210**. Each paddle **1211**A, **1211**B, **1211**C, **1211**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles **1211**A, **1211**B, **1211**C, **1211**D to activate the switch disposed therebelow. The detachable mounting plate **1270** comprises four conduits. Each of the conduits receives a respective one of the paddles **1211**A, **1211**B, **1211**C, **1211**D. The detachable mounting plate **1270** comprises four mounting posts **1276**A, **1276**B, **1276**C, **1276**D. The four mounting posts **1276**A, **1276**B, **1276**C, **1276**D are mounted to an internal surface of the detachable mounting plate **1270**. The internal surface forms a ceiling above the paddles **1211**A, **1211**B, **1211**C, **1211**D. Each paddle **1211**A, **1211**B, **1211**C, **1211**D comprises a first mounting aperture **1277**A, **1277**B, **1277**C, **1277**D proximate a first end thereof. Each first end of the paddles **1211**A, **1211**B, **1211**C, **1211**D is inserted into a respective one of the conduits, as indicated by direction arrow D1. The paddles **1211**A, **1211**B, **1211**C, **1211**D once inserted are rotated or pivoted, as indicated by direction arrow D2, such that a mounting post **1276**A, **1276**D is received in the respective first mounting aperture **1277**A, **1277**B, **1277**C, **1277**D. Optionally, each paddle **1211**A, **1211**B, **1211**C, **1211**D comprises a second mounting aperture **1278**A, **1278**B, **1278**C, **1278**D proximate the first mounting apertures **1277**A, **1277**B, **1277**C, **1277**D. A user may vary the length of the portion of the paddles **1211**A, **1211**B, **1211**C, **1211**D extending from each respective conduit by selecting to engage the mounting posts with either of the first or second mounting apertures **1277**A, **1277**B, **1277**C, **1277**D, **1278**A, **1278**B, **1278**C, **1278**D.

FIGS. **35**A to **35**C illustrate a controller **1310** according to a thirteenth embodiment. The controller **1310** comprises four paddles **1311**A, **1311**B, **1311**C, **1311**D. The four paddles **1311**A, **1311**B, **1311**C, **1311**D are mounted substantially parallel to the plane of the back panel **1314**. The controller **1310** comprises a detachable mounting plate or saddle **1370** for mounting the four paddles **1311**A, **1311**B, **1311**C, **1311**D to the back panel **1314** of the controller **1310**. Each paddle **1311**A, **1311**B, **1311**C, **1311**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles **1311**A, **1311**B, **1311**C, **1311**D to activate the switch disposed therebelow. The detachable mounting plate **1370** comprises four conduits. Each of the conduits receives a respective one of the paddles **1311**A, **1311**B, **1311**C, **1311**D. The detachable mounting plate **1370** comprises four mounting posts **1376**A, **1376**D. The four mounting posts are mounted to an internal surface of the detachable mounting plate **1370**. The internal surface forms a ceiling above the paddles **1311**A, **1311**B, **1311**C, **1311**D. Each paddle **1311**A, **1311**B, **1311**C, **1311**D comprises a mounting aperture **1377**A, **1377**B, **1377**C, **1377**D proximate a first end thereof. The mounting posts **1376**A, **1376**D comprise a head and a trunk. The head is mounted upon the trunk; the head is larger in dimension than the trunk. The mounting apertures **1377**A, **1377**B, **1377**C, **1377**D comprise a first region large enough to receive the head of a mounting post and a second region in the form of a recessed slot, the recessed slot being large enough in dimen-

**19**

sion to receive the trunk of the mounting posts **1376**A, **1376**D, but smaller in dimension than the head of the mounting posts **1376**A, **1376**D.

Each first end of the paddles **1311**A, **1311**B, **1311**C, **1311**D is inserted into a respective one of the conduits, as indicated by direction arrow D1. The paddles **1311**A, **1311**B, **1311**C, **1311**D once inserted are rotated or pivoted such that a mounting post **1376**A, **1376**D is received in the first region of the mounting apertures **1377**A, **1377**B, **1377**C, **1377**D. The paddles **1311**A, **1311**B, **1311**C, **1311**D are then slid with respect to the detachable mounting plate **1370**, as indicated by direction arrow D2, such that the trunk of the mounting post **1376**A, **1376**D is located within the slot and the head of the mounting post **1376**A, **1376**D is located in the recess. The mounting post **1376**A, **1376**D thus locks the paddle within the detachable mounting plate **1370**; the head of the mounting post **1376**A, **1376**D is substantially flush with a lower surface of the paddles **1311**A, **1311**B, **1311**C, **1311**D.

FIGS. **36**A to **36**C illustrate a controller **1410** according to a fourteenth embodiment. The controller **1410** comprises a paddle **1482** having four legs **1411**A, **1411**B, **1411**C, **1411**D. The paddle **1482** comprises a body portion from which the four legs **1411**A, **1411**B, **1411**C, **1411**D extend. The body portion and the four legs **1411**A, **1411**B, **1411**C, **1411**D are integrally formed, preferably by molding from a suitable plastic material. The four legs **1411**A, **1411**B, **1411**C, **1411**D are mounted substantially parallel to the plane of the back panel **1414**. The controller **1410** comprises a detachable mounting plate **1470** for mounting the paddle **1482** including the four legs **1411**A, **1411**B, **1411**C, **1411**D to the back panel **1414** of the controller **1410**. Each of the four legs **1411**A, **1411**B, **1411**C, **1411**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the legs **1411**A, **1411**B, **1411**C, **1411**D to activate the switch disposed therebelow.

The detachable mounting plate **1470** comprises a recess **1457** in an outer surface; the body portion of the paddle **1482** is received in the recess **1457**. The detachable mounting plate **1470** comprises a catch **1480** disposed within the recess **1457**. The body portion of the paddle **1482** comprises an aperture **1481** for mating with the catch **1480** to lock the paddle **1482** to the detachable mounting plate **1470**. The catch **1480** is integrally formed with the detachable mounting plate **1470** and is defined in part by a cutaway or slot **1483**. The catch **1480** is hinged to the detachable mounting plate **1470** by a living hinge. The paddle **1482** can be separated from the detachable mounting plate **1470** by pressing on the catch **1480** to move the catch out of the aperture **1481**. The paddle **1482** can then be slid with respect to the detachable mounting plate **1470** to separate it therefrom. The inherent resilience of the material from which the detachable mounting plate **1470** is formed biases the catch **1480** in a direction which causes the catch **1480** to engage with the aperture **1481**.

The detachable mounting plate **1470** comprises two apertures or slots **1484**A, **1484**B. The body portion of the paddle **1482** comprises a pair of tongues **1494**A, **1494**B. Each aperture **1484**A, **1484**B receives a respective one of the pair of tongues **1494**A, **1494**B.

The body portion of the paddle **1482** comprises two lugs **1485**. The lugs **1485** are provided on an inner surface of the body portion of the paddle **1482** and in a spaced apart relationship to the inner surface. A portion of the detachable mounting plate **1470** is received between the body portion of the paddle **1482** and each of the lugs **1485**.

FIGS. **37**A and **37**B illustrate a controller **1510** according to a fifteenth embodiment. The fifteenth embodiment shares many common features with the fourteenth embodiment and

**20**

therefore only the differences from the embodiment illustrated in FIGS. **36**A to **36**C will be described in any greater detail. The controller **1510** comprises a paddle **1582** having two legs **1511**A, **1511**B. The paddle **1582** comprises a body portion from which the two legs **1511**A, **1511**B extend. The body portion and the two legs **1511**A, **1511**B are integrally formed, preferably by molding from a suitable plastic material. The two legs **1511**A, **1511**B are mounted substantially parallel to the plane of the back panel **1514**.

FIGS. **38**A and **38**B illustrate a controller **1610** according to a sixteenth embodiment. The sixteenth embodiment shares many common features with the fourteenth and fifteenth embodiments and therefore only the differences from the embodiments illustrated in FIGS. **36**A to **37**B will be described in any greater detail.

The controller **1610** comprises a first paddle **1687** having two legs **1611**A, **1611**D. The first paddle **1687** comprises a body portion from which the two legs **1611**A, **1611**D extend. The body portion and the two legs **1611**A, **1611**D are integrally formed, preferably by molding from a suitable plastic material. The two legs **1611**A, **1611**D are mounted substantially parallel to the plane of the back panel **1614**.

The controller **1610** comprises a second paddle **1688** having two legs **1611**B, **1611**C. The second paddle **1687** comprises a body portion from which the two legs **1611**B, **1611**C extend. The body portion and the two legs **1611**B, **1611**C are integrally formed, preferably by molding from a suitable plastic material. The two legs **1611**B, **1611**C are mounted substantially parallel to the plane of the back panel **1614**.

The detachable mounting plate **1670** comprises two apertures or slots **1684**A, **1684**B. The body portion of the first paddle **1687** comprises a pair of tongues **1694**A, **1694**B. Each aperture **1684**A, **1684**B receives a respective one of the pair of tongues **1694**A, **1694**B.

The body portion of the first paddle **1687** comprises two lugs (not shown). The lugs are provided on an inner surface of the body portion of the first paddle **1687** and in a spaced apart relationship to the inner surface. A portion of the detachable mounting plate **1670** is received between the body portion of the first paddle **1687** and each of the lugs.

The body portion of the first paddle **1687** comprises a recess or cutaway **1696** which receives a portion of the body portion of the second paddle **1688**. The body portion of the first paddle **1687** comprises a ledge **1686** adjacent to the recess or cut away **1696**. The body portion of the second paddle **1688** rests or engages with the ledge **1686** when received in the recess or cutaway **1696**.

The body portion of the second paddle **1688** comprises an aperture **1685** for mating with the catch **1680** to lock the first and second paddles **1687**, **1688** to the detachable mounting plate **1670**.

FIGS. **39**A to **39**B illustrate a controller **1710** according to a seventeenth embodiment. The controller **1710** comprises four legs **1711**A, **1711**B, **1711**C, **1711**D which form paddles. The four legs **1711**A, **1711**B, **1711**C, **1711**D are mounted substantially parallel to the plane of the back panel **1714**. The controller **1710** comprises a detachable cover plate **1769** for mounting the four legs **1711**A, **1711**B, **1711**C, **1711**D to the back panel **1714** of the controller **1710**. Each leg **1711**A, **1711**B, **1711**C, **1711**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the legs **1711**A, **1711**B, **1711**C, **1711**D to activate the switch disposed therebelow. The detachable cover plate **1769** comprises a body portion from which the four legs **1711**A, **1711**B, **1711**C, **1711**D extend. The body portion and the four legs **1711**A, **1711**B, **1711**C, **1711**D are integrally formed, preferably by molding from a

US 9,352,229 B2

21

suitable plastic material. The detachable cover plate **1769** comprises an optional web structure W which couples each of the four legs **1711**A, **1711**B, **1711**C, **1711**D to its adjacent neighbors. Preferably, the optional web structure W is formed from a flexible material which allows each of the four legs **1711**A, **1711**B, **1711**C, **1711**D to bend or move with respect to the back panel **1714** without affecting its adjacent neighbors.

The detachable cover plate **1769** is detachably coupled to the back panel **1714** of the controller **1710** by one or more detents or latches (not shown). In some embodiments, the detachable cover plate **1769** covers or protects a void in the controller **1710**; preferably, a power source such as a battery is provided in the void. The detachable cover plate **1769** may be detached from the controller **1710** for insertion or removal of the power source.

It is envisaged that the detachable cover plate **1769** may be retrofitted to a controller **1710** in replacement of a battery cover panel (not shown) which mates with the back panel **1714** of the controller **1710**.

FIGS. **40**A and **40**B illustrate a controller **1810** according to an eighteenth embodiment. The controller **1810** comprises a cover plate **1868** having four legs **1811**A, **1811**B, **1811**C, **1811**D which form paddles. The four legs **1811**A, **1811**B, **1811**C, **1811**D are mounted substantially parallel to the plane of the back panel **1814**. Each paddle **1811**A, **1811**B, **1811**C, **1811**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles **1811**A, **1811**B, **1811**C, **1811**D to activate the switch disposed therebelow. The cover plate **1868** comprises a body portion from which the four legs **1811**A, **1811**B, **1811**C, **1811**D extend. The body portion and the four legs **1811**A, **1811**B, **1811**C, **1811**D are integrally formed, preferably by molding from a suitable plastic material. The cover plate **1868** comprises a pair of mounting apertures **1816**A, **1816**B which allow the cover plate **1868** to be mounted to the back panel **1814** by a respective fixing device **1815**A, **1815**B.

FIGS. **41**A to **41**C illustrate a controller **1910** according to a nineteenth embodiment. The controller **1910** comprises four paddles **1911**A, **1911**B, **1911**C, **1911**D. The four paddles **1911**A, **1911**B, **1911**C, **1911**D are mounted substantially parallel to the plane of the back panel **1914**. The controller **1910** comprises a detachable mounting plate or saddle **1970** for mounting the four paddles **1911**A, **1911**B, **1911**C, **1911**D to the back panel **1914** of the controller **1910**. Each paddle **1911**A, **1911**B, **1911**C, **1911**D is disposed in overlying relationship with a switch, preferably a microswitch, and is arranged such that a force can be applied to the paddles **1911**A, **1911**B, **1911**C, **1911**D to activate the switch disposed therebelow.

The detachable mounting plate **1970** comprises a base portion **1970**B and a second top portion **1970**A. The base portion **1970**B and the second top portion **1970**A together form four conduits. Each of the conduits receives a respective one of the paddles **1911**A, **1911**B, **1911**C, **1911**D. The first base portion **1970**B comprises a first guide member in the form of a first rail **1992**D and a second guide member in the form of a second rail **1993**D. The first guide member **1992**D and the second guide member **1993**D define in part each conduit. A locating post **1991**A is provided on the base portion **1970**B between each of the first **1992**D and second **1993**D guide members. Each of the paddles **1911**A, **1911**B, **1911**C, **1911**D comprises a plurality of locating recesses **1990**A or, in alternative embodiments, apertures. The locating recesses **1990**A are configured to one of the locating posts **1991**A. A user can adjust the length of the exposed portion of

22

each of the paddles **1911**A, **1911**B, **1911**C, **1911**D by selecting to engage the locating post **1991**A in a desired one of the plurality of locating recesses **1990**A. The base portion **1970**B and the second top portion **1970**A are detachably secured to each other so as to hold the paddles **1911**A, **1911**B, **1911**C, **1911**D in the selected position.

FIGS. **42** to **48** illustrate an apparatus **2099** for a controller (not shown), the apparatus including a mounting plate **2070** and paddles **2011**A, **2011**B, **2011**C, **2011**D according to a twentieth embodiment. The twentieth embodiment shares many common features with the previous embodiments and therefore only the differences from the previous embodiments will be described in any greater detail.

Referring to FIGS. **42** to **48**, the mounting plate **2070** comprises a base **2064** and a cover **2020**. The base **2064** and cover **2020** define a plurality of channels or conduits. In the illustrated embodiment, four such conduits are provided; each conduit is configured and arranged to receive a paddle **2011**A, **2011**B, **2011**C, **2011**D. Each of the paddles **2011**A, **2011**B, **2011**C, **2011**D is removable from the conduit, without the requirement for a tool to release the paddles **2011**A, **2011**B, **2011**C, **2011**D.

The base **2064** of the mounting plate **2070** comprises a plurality of slots **2047**, best illustrated in FIG. **46**A. The slots **2047** are configured and arranged to receive a detent **2058**, in the form of a barb or catch, best illustrated in FIG. **48**. The detent **2058** comprises side walls which engage with side walls of the slot **2047**. In this way the slot **2047** and detent **2058** provide lateral or transverse support to the paddles **2011**A, **2011**B, **2011**C, **2011**D.

The detent **2058** comprises an end wall **2047**E and the slot **2047**) comprises an end wall **2058**E. The end wall **2047**E of the detent **2058** abuts or engages with the end wall **2058**E of the slot **2047** to lock the paddle in the conduit, best shown in FIG. **45**.

The paddles **2011**A, **2011**B, **2011**C, **2011**D comprise a head **2043**, see FIG. **45**, which is inserted into the conduit. The paddles **2011**A, **2011**B, **2011**C, **2011**D comprise a main body integrally formed with the head **2043** which is disposed externally on the rear of a controller (not shown). The paddles **2011**A, **2011**B, **2011**C, **2011**D comprise a transition between the head **2043** and the main body. The transition is defined by a wall which is configured to be substantially perpendicular to the upper surface of the head **2043**. The transition abuts an end wall of the cover **2020**, further increasing the security of the paddles **2011**A, **2011**B, **2011**C, **2011**D within the mounting plate **2070**.

The paddles **2011**A, **2011**B, **2011**C, **2011**D each comprise a flexible region **2041** created by a recess in the surface of the paddles **2011**A, **2011**B, **2011**C, **2011**D. As shown in FIG. **45**, the recess is disposed in the lower surface of the paddles **2011**A, **2011**B, **2011**C, **2011**D. The lower surface is disposed adjacent to the base **2064** of the mounting plate **2070**; however, it will be appreciated that in normal use the recess is disposed uppermost. In alternative embodiments, the recess may be disposed in the opposing surface of the paddles **2011**A, **2011**B, **2011**C, **2011**D, which in FIG. **45** is an upper surface; the opposing surface is disposed adjacent to the cover **2020**.

The conduits **2013**D, **2013**C, best shown in FIG. **46**B, comprise opposing side walls and upper and lower walls, such that the paddles **2011**A, **2011**B, **2011**C, **2011**D are supported and/or aligned on four surfaces.

The paddles **2011**A, **2011**B, **2011**C, **2011**D comprise a grip **2059** disposed on the lower surface shown in FIG. **45**. The grip **2059** is formed from a plurality of ridges protruding from the lower surface. In alternative embodiments, the grip

23

2059 may be formed by a plurality of troughs or recesses in the lower surface. In still further embodiments, the grip 2059 may be formed by over-molding or securing a second different material such as, but not limited to, a rubberized material to the paddles 2011A, 2011B, 2011C, 2011D.

The outermost paddles 2011A, 2011D each comprise a brace member 2066 disposed on an outer side edge thereof. The brace members 2066 comprise an engaging edge that abuts the end of the cover 2020 and/or an end of the side wall of a respective conduit. The brace members 2066 provide lateral or transverse support to the paddles 2011A, 2011B, 2011C, 2011D.

In other embodiments, brace members 2066 may be provided on the inner side edge in addition, or alternatively, to the outer side edge. In still further embodiments, the innermost paddles 2011B, 2011C may comprise brace members 2066.

The mounting plate 2070 comprises clips or catches 2067 for providing an interlocking fit with a receiver (not shown) disposed within the chassis of a controller (not shown).

In the illustrated embodiment, the mounting plate 2070 forms a hatch or cover for a battery compartment of the controller. The mounting plate 2070 includes an end wall 2063 having a display region 2065 for the display of indicia. The display region 2065 may be formed from a magnetic or ferromagnetic material, or from a permanent magnet. A removable indicia component may be attached to the display region 2065 and held thereto by magnetic force of attraction.

The paddles 2011A, 2011B, 2011C, 2011D can be removed from the mounting plate 2070 by lifting a free end of the paddles 2011A, 2011B, 2011C, 2011D such that the detent 2058 clears the slot 2047. The paddles 2011A, 2011B, 2011C, 2011D can then be removed, preferably by sliding them out of the conduit. The paddles 2011A, 2011B, 2011C, 2011D can be inserted by reversing the removal process. Preferably, the paddles 2011A, 2011B, 2011C, 2011D will be formed so as to have an inherent bias or resilience such that the detent 2058 is securely located within the slot 2047. Such biasing may be achieved or increased by forming the paddles 2011A, 2011B, 2011C, 2011D with a slight curve or arcuate form.

In some embodiments the microswitches may be replaced with a magnetic switch or sensor, for example a reed switch; the paddles may comprise a magnet arranged so as to activate the magnetic switch or sensor when the paddle is depressed by a user. It is envisaged that in such embodiments the magnetic switch or sensor is mounted inside the controller behind the back panel and that there will be no requirement to provide apertures through the back panel in order that the paddles can physically contact the microswitches. Further, it is envisaged that the user may be provided with feedback to indicate that the switch has been activated. The feedback may be aural or haptic, for example, such as an audible click.

It is envisaged that the controllers may be coupled to a games console or computer by a wired connection or by a wireless connection device.

It is also envisaged that the controller may be constructed as a shell or caddy into which a hand-held electronic device such as, but not limited to, a mobile telephone (smartphone) or tablet computer is inserted, the caddy comprising control actuators, thumb sticks and/or buttons (which are coupled to the electronic device either wirelessly or via physical or wired connection) for interaction with or control of the electronic device.

It will be recognized that as used herein, directional references such as "top", "bottom", "front", "back", "end", "side", "inner", "outer", "upper" and "lower" do not limit the respec-

24

tive features to such orientation, but merely serve to distinguish these features from one another.

What is claimed is:

1. A hand held controller for a games console comprising:
   an outer case;
   a plurality of controls located on a front and a top of the outer case, wherein the outer case is shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the outer case and the user's index fingers are positioned to operate controls located on the top of the outer case; and
   at least one additional control located on a back of the outer case in a position operable by the user's middle finger, the additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by the user to activate a control function, wherein the elongate member is at least partially disposed in a respective channel located on the back of the outer case, the channel being elongated along a longitudinal dimension of the elongate member.

2. The controller according to claim 1 wherein the channel forms a close fit to the elongate member so as to provide lateral support thereto.

3. The controller according to claim 1 wherein the elongate member comprises a first dimension and the controller comprises a cover portion forming a conduit enclosing the elongate member within the respective channel along a portion of the first dimension of the elongate member.

4. The controller according to claim 1 wherein the controller comprises a cover portion forming a conduit enclosing the elongate member within the respective channel along a portion of the longitudinal dimension of the elongate member.

5. The controller according to claim 3 wherein the elongate member comprises a first part of a complementary locking mechanism.

6. The controller according to claim 5 wherein the conduit comprises a second part of the complementary locking mechanism.

7. The controller according to claim 6 wherein the first part or the second part of the complementary locking mechanism comprises a catch or barb which is displaceable so as to release the elongate member from the conduit.

8. The controller according to claim 6 wherein the first part or the second part of the complementary locking mechanism comprises an aperture or recess having an engaging edge.

9. The controller according to claim 1 comprising a plurality of additional controls located on the back of the outer case, and wherein each of the plurality of additional controls is activateable by a respective elongate member when present.

10. The controller according to claim 1 comprising a plurality of additional controls located on the back of the outer case, and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members being detachable from the outer case.

11. The controller according to claim 1 comprising at least two additional controls located on the back of the outer case, and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and wherein the outermost surface of a first elongate member is orientated at an angle to the outermost surface of a second adjacent elongate member.

12. The controller according to claim 1 comprising at least two additional controls located on the back of the outer case, and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and

US 9,352,229 B2

25

26

wherein the outermost surface of a first elongate member is disposed in a first plane and the outermost surface of a second adjacent elongate member is disposed in a second plane, the first plane being orientated at an angle to the second plane.

**13**. The controller according to claim **12** wherein the angle is between 5 and 90 degrees.

**14**. The controller according to claim **1** comprising at least two additional controls located on the back of the outer case, and wherein each of the plurality of additional controls is activateable by a respective elongate member, each of the elongate members comprising an outermost surface, and wherein at least a portion of the outermost surface of a first elongate member is disposed further from an external surface of the back of the outer case than at least a portion of the outermost surface of a second adjacent elongate member.

**15**. The controller according to claim **1** comprising a plurality of additional controls each comprising an elongate member.

**16**. The controller according to claim **1** wherein the elongate member is formed from material having a thickness less than 5 mm thick.

**17**. The controller according to claim **1** wherein the elongate member is formed from material having a thickness between 1 mm and 3 mm.

**18**. The controller according to claim **1** wherein a switch mechanism is disposed between the elongate member and an outer surface of the back of the outer case.

**19**. The controller according to claim **1** further comprising a switch mechanism, wherein the switch mechanism comprises an engaging surface, the engaging surface being disposed in an aperture in the back of the outer case and arranged flush with an outer surface of the back of the outer case.

**20**. The controller according to claim **1** further comprising a switch mechanism, wherein the switch mechanism comprises an engaging surface, the engaging surface being recessed within an aperture defined in an outer surface of the back of the outer case.

**21**. The controller according to claim **1** wherein the additional control is a paddle lever.

**22**. The controller according to claim **1** wherein the additional control is formed separately from the outer case.

**23**. The controller according to claim **1** wherein the elongate member is mounted to the back of the outer case by a mounting plate, the mounting plate being secured to the back of the outer case to form a rear surface, and the additional control is secured to the mounting plate, wherein the mounting plate comprises at least one channel, each elongate member is at least partially disposed in a respective one of the at least one channels.

**24**. A hand held controller for a games console comprising:
  an outer case;
  a plurality of controls located on a front and a top of the outer case, wherein the outer case is shaped to be held in both hands of a user such that the user's thumbs are positioned to operate controls located on the front of the outer case and the user's index fingers are positioned to operate controls located on the top of the outer case;
  at least one additional control located on a back of the outer case in a position operable by the user's middle finger, the additional control comprising an elongate member which is inherently resilient and flexible such that it can be displaced by the user to activate a control function; and
  a mounting plate secured to the back of the outer case; the mounting plate comprising a channel; and wherein the elongate member is at least partially disposed in the channel.

\* \* \* \* \*