# EXHIBIT E




