IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IRONBURG INVENTIONS LTD.
a United Kingdom Limited Company,

  Plaintiff,

    v.

VALVE CORPORATION
a Washington Corporation,

  Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-4219-TWT

**ORDER**

This is an action for patent infringement. It is before the Court on the Defendant's Motion to Dismiss Claims for Enhanced Damages [Doc. 48] which is DENIED for the reasons stated in the Plaintiff's response.

SO ORDERED, this 27 day of October, 2016.

              /s/Thomas W. Thrash
              THOMAS W. THRASH, JR.
              United States District Judge