UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant is DIRECTED to file, by noon on December 4, 2017, the following items: (i) a complete copy of the Patent Trial and Appeal Board's Decision Instituting *Inter Partes* Review in Case IPR2017-00858 (relating to U.S. Patent No. 9,289,688); and (ii) a copy of defendant's Petition for *Inter Partes* Review of U.S. Patent No. 9,352,229.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1