UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

          Plaintiff,

v.

VALVE CORPORATION,

          Defendant.

C17-1182 TSZ

MINUTE ORDER

A scheduling conference having been conducted on January 5, 2018, at which Robert Becker of Manatt, Phelps & Phillips, LLP appeared on behalf of plaintiff Ironburg Inventions, Ltd., and Patrick Lujin and Tanya Chaney of Shook Hardy & Bacon, LLP and Gavin Skok of Fox Rothschild LLP appeared on behalf of defendant Valve Corporation, the following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Counsel having stated no objection, the Court ADOPTS the Patent Trial and Appeal Board's interpretations relating to the first, third, and fourth disputed claim terms identified in the Joint Claim Construction Statement, docket no. 64, namely (1) directional references (top, bottom, front, back, end, side, inner, outer, upper, lower); (3) "inherently resilient and flexible"; and (4) "substantially the full distance between the top edge and the bottom edge." The Court reserves ruling on whether the fourth claim term is indefinite, as argued by defendant.

(2) Plaintiff having withdrawn any contention that defendant has infringed or is infringing Claim 13 of U.S. Patent No. 8,641,525, in which the fifth disputed claim term ("the front end") appears, the fifth term is STRICKEN from the Joint Claim Construction Statement and will not be construed by the Court.

(3) With regard to the seventh and eighth disputed claim terms ("a first/second distance between the top edge and the bottom edge" and "substantially all of the first/second distance"), defendant relies on its argument that such claims terms are

MINUTE ORDER - 1

indefinite and offers no proposed definition. The parties have agreed that, if the Court concludes that such claim terms are not indefinite, the Court need not further construe such claim terms.

(4)     The following dates and deadlines are hereby SET:

| **JURY TRIAL DATE (5 days)** | **January 14, 2019** |
|---|---|
| Deadline for filing motion to join Scuf Gaming Inc. as an additional plaintiff | January 18, 2018 |
| Deadline for filing and serving supplemental invalidity contentions (not to exceed ten (10) pages in length) | January 19, 2018 |
| Deadline for filing supplemental briefs (not to exceed twenty (20) pages in length) regarding indefiniteness, as well as claim construction regarding the disputed term "elongate member" | February 1, 2018 |
| Deadline for filing supplemental response briefs (not to exceed ten (10) pages in length) | February 15, 2018 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | April 6, 2018 |
| Discovery motions filing deadline | May 24, 2018 |
| Discovery completion deadline | July 6, 2018 |
| Dispositive motions filing deadline | August 9, 2018 |
| Mediation deadline | September 7, 2018 |
| Deadline for filing motion to bifurcate | October 25, 2018 |
| Motions in limine filing deadline | December 6, 2018 |
| Agreed Pretrial Order due | December 20, 2018 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 20, 2018 |
| Pretrial conference | January 4, 2019, at 2:00 p.m. |

(5) All other dates and deadlines are specified in the Local Civil Rules. These dates are firm, and they can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown -- failure to complete discovery within the time allowed is not recognized as good cause. Counsel must be prepared to begin trial on the date scheduled, but should understand that the trial might have to await the completion of other cases.

(6) The original and one copy of any exhibits to be used at trial are to be delivered to the Court at least five (5) days before the trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents shall not be listed twice; once a party has identified an exhibit in the Pretrial Order, any party may use it. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

(7) If the parties reach a settlement in principle, counsel shall immediately notify Karen Dews at 206-370-8830.

(8) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk
