The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,<br>Plaintiff,<br>v.<br>VALVE CORPORATION, a Washington corporation,<br>Defendant. | Case No. 2:17-cv-01182-TSZ<br>**DECLARATION OF TANYA CHANEY IN SUPPORT OF DEFENDANT VALVE CORPORATION'S SUPPLEMENTAL CLAIM CONSTRUCTION AND INDEFINITENESS BRIEF** |

I, Tanya Chaney, hereby declare as follows:

1. I am of counsel with the law firm Shook, Hardy & Bacon, L.L.P., which represents Defendant Valve Corporation ("Valve") in the above-entitled action. I am admitted to the bar of the State of Texas and have made my appearance pro hac vice in this instant action. Unless otherwise noted, the statements made herein are of my own firsthand knowledge, and if called upon to testify thereof, I could and would do so.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of the January 30, 2018 Declaration of Robert Dezmelyk in Support of Valve Corporation's Supplemental Claim Construction and Indefiniteness Brief.



FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

3. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts from the transcript of the December 1, 2016 Deposition of Robert Dezmelyk. The excerpted portions relate to the claim terms currently at issue before this Court.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of the November 29, 2017 Patent Owner Response in Case IPR2017-00858.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of January, 2018.

*/s/ Tanya L. Chaney*
Tanya L. Chaney



**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

## CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** | |
|---|---|
| **Robert D. Becker**<br>Manatt, Phelps & Phillips LLP-CA<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Ph: 650-812-1300<br>Email: rbecker@manatt.com<br><br>**Christopher L. Wanger**<br>MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Ph: 415-291-7410<br>Email: cwanger@manatt.com<br><br>**Stephen C Willey**<br>SAVITT BRUCE & WILLEY LLP<br>1425 Fourth Ave, Ste 800<br>Seattle, WA 98101-2272<br>206-749-0500<br>Fax: 206-749-0600<br>Email: swilley@sbwllp.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |
| **B. Trent Webb**<br>**Patrick A. Lujin**<br>**Mark D. Schafer**<br>Shook Hardy & Bacon, LLP - MO<br>2555 Grand Boulevard<br>Kansas City, MO 64108<br>Ph: 816-474-6550<br>Email: bwebb@shb.com; plujin@shb.com; mschafer@shb.com | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

| | |
|---|---|
| **Tanya L. Chaney**<br>Shook Hardy & Bacon-TX<br>600 Travis Street – Suite 3400<br>Houston, TX 77002<br>Ph: 713-227-8008<br>Email: tchaney@shb.com<br><br>**Joshua C Harrison**<br>**Reynaldo C. Barcelo**<br>BARCELO HARRISON & WALKER LLP<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663<br>Ph: 949-340-9736<br>Email: josh@bhiplaw.com; rey@bhiplaw.com<br><br>*Attorneys for Defendant* | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 1st day of February, 2018, in Seattle, Washington.

Courtney R. Tracy



FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600