UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

                Plaintiff,

    v.

VALVE CORPORATION,

                Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendant's unopposed motion to seal, docket no. 171, is GRANTED, and Exhibit B to the Declaration of Patrick Lujin, docket no. 175, shall remain under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1