The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD.,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | No. 2:17-cv-01182-TSZ<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND PRETRIAL AND TRIAL DEADLINES** |

I. **STIPULATION**

Plaintiff Ironburg Inventions, Ltd. and Defendant Valve Corporation (collectively, the "Parties), by and through their undersigned counsel of record, hereby respectfully request that the Court set, extend or continue certain pretrial and trial dates and deadlines by approximately one month as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | May 24, 2018 | June 25, 2018 |
| Disclosure of rebuttal expert testimony | None | August 2, 2018 |
| Discovery motions deadline | June 14, 2018 | July 16, 2018 |

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ) - 1

MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

| Discovery completion deadline | July 19, 2018 | August 31, 2018 |
|---|---|---|
| Dispositive motion deadline | August 9, 2018 | September 20, 2018 |
| Mediation Deadline | September 7, 2018 | September 28, 2018 |
| Deadline for filing motion to bifurcate | October 25, 2018 | November 15, 2018 |
| Motions in limine deadline | December 6, 2018 | January 17, 2019 |
| Agreed Pretrial Order due | December 20, 2018 | January 31, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | December 20, 2018 | January 31, 2019 |
| Pretrial Conference | January 4, 2019 at 2:00 p.m. | February 2019, at a date and time to be set by the Court |

In support of the foregoing request, the Parties stipulate and agree as follows:

1. **Good cause exists to extend these deadlines**. The Parties are attempting to resolve a dispute regarding the scope of discovery pertaining to Defendant's financial information to be produced subject to Magistrate Judge Donohue's ruling on Plaintiff's Motion to Compel (Dkt. No. 165.) Ironburg contends that it requires information that is the subject of the Motion to Compel for one of its expert reports, which report is currently due on May 24, 2018. The Parties continue to meet and confer in good faith to resolve the dispute about the scope of financial information to be produced and both Parties agree an extension of the current May 24 expert report deadline is warranted to provide time to resolve the discovery dispute and potentially avoid the need for further involvement of the Court in connection with the Motion to Compel. Further, the Parties are awaiting the Court's ruling on claim construction and indefiniteness (See Dkt. Nos. 149, 151, 161, 163, 167, and 169). These rulings will likely impact the expert reports and discovery.

2. The Court's Minute Orders setting the current deadlines (Dkt. Nos. 153 and 185) do not set a deadline to submit rebuttal expert reports.

3. For the foregoing reasons, the parties respectfully request that the Court enter the subjoined Order below extending and continuing these deadlines and dates.

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ) - 2

MANATT, PHELPS & PHILLPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

**IT IS SO STIPULATED** this 22nd day of May, 2018.

| | |
|---|---|
| MANATT, PHELPS & PHILLIPS, LLP | SHOOK, HARDY & BACON L.L.P. |
| By: /s/ *Robert D. Becker* <br> Robert D. Becker <br> Christopher L. Wanger (pro hac vice) <br> One Embarcadero Center, 30th Floor <br> San Francisco, CA  94111 <br> Telephone: (415) 291-7616 <br> Facsimile:  (415) 291-7474 <br> Email:  rbecker@manatt.com <br> Email:  cwanger@manatt.com | By: /s/ *Patrick A. Lujin* <br> B. Trent Webb (pro hac vice) <br> Patrick A. Lujin (pro hac vice) <br> Mark D. Schafer (pro hac vice) <br> 255 Grand Blvd. <br> Kansas City, Missouri  64108 <br> Telephone: (816) 474-6550 <br> Facsimile:  (816) 421-5547 <br> Email:  bwebb@shb.com <br>            plujin@shb.com <br>            mschafer@shb.com |
| SAVITT BRUCE & WILLEY LLP | FOX ROTHSCHILD LLP |
| By: /s/ *Stephen C. Willey* <br> Stephen C. Willey, WSBA #24499 <br> 1425 Fourth Avenue, Suite 800 <br> Seattle, WA  98101-2272 <br> Telephone: (206) 749-0500 <br> Facsimile:  (206) 749-0600 <br><br> Attorneys for Plaintiff <br> IRONBURG INVENTIONS, LTD. | By: /s/ *Gavin W. Skok* <br> Gavin W. Skok, (WSBA #29766) <br> Shata L. Stucky, WSBA # 39963) <br> 1001 Fourth Avenue, Suite 4500 <br> Seattle, WA  98154 <br> Telephone: (206) 624-3600 <br> Facsimile:  (206) 389-1708 <br> Email:  gskok@foxrothschild.com <br> Email:  sstucky@foxrothschild.com |
| | SHOOK, HARDY & BACON L.L.P. <br> Tanya L. Chaney (pro hac vice) <br> 600 Travis Street, Suite 3400 <br> Houston, Texas  77002 <br> Telephone: (713) 227-8008 <br> Facsimile:  (713) 227-9508 <br> Email:  tchaney@shb.com |
| | BARCELO HARRISON & WALKER LLP <br> Reynaldo C. Barcelo <br> Joshua C. Harrison <br> 2901 West Coast Highway, Suite 200 <br> Newport Beach, CA  92663 <br> Telephone:  (949) 340-9736 <br> Facsimile:  (949) 258-5752 <br> Email:  rey@bhiplaw.com <br> Email:  josh@bhiplaw.com |
| | Attorneys for Defendant <br> VALVE CORPORATION |

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ) - 3

MANATT, PHELPS & PHILLPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

## II. ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that:

1. The deadline for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) shall be extended from May 24, 2018 to June 25, 2018;

2. The deadline to submit rebuttal expert reports shall be set as August 2, 2018;

3. The deadline to file a discovery motion shall be extended from June 14, 2018 to July 16, 2018;

4. The deadline to complete discovery shall be extended from July 19, 2018 to August 31, 2018;

5. The deadline to file a dispositive motion shall be extended from August 9, 2018 to September 20, 2018;

6. The mediation deadline shall be extended from September 7, 2018 to September 28, 2018;

7. The deadline to file a motion to bifurcate shall be extended from October 25, 2018 to November 15, 2018;

8. The deadline to file motions *in limine* shall be extended from December 6, 2018 to January 17, 2019;

9. The deadline for Agreed Pretrial Order shall be extended from December 20, 2018 to January 31, 2019;

10. The deadline to submit trial briefs, proposed *voir dire* questions, and jury instructions shall be extended from December 20, 2018 to January 31, 2019;

11. The date of the Pretrial Conference shall be continued from January 4, 2019 at 2:00 p.m. to February 2019, at a date and time set by the Court; and

//
//
//
//

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ) - 4

MANATT, PHELPS & PHILLPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

12. The Jury Trial Date shall be continued from January 14, 2019 to February 2019, at a date and time set by the Court.

DATED this \_\_\_\_ day of _____, 2018.

_____
THE HONORABLE JAMES P. DONOHUE
UNITED STATES MAGISTRATE JUDGE

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ)  - **5**

**MANATT, PHELPS & PHILLPS, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2018, I served the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

*/s/ Robert D. Becker*
Robert D. Becker

204511298.1

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND
PRETRIAL AND TRIAL DEADLINES (No. 2:17-cv-01182-TSZ) - **6**

**MANATT, PHELPS & PHILLPS, LLP**
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
(415) 291-7400