UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. C17-1182-TSZ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES |

This matter comes before the Court upon the parties' July 19, 2018 Stipulated Motion to Extend Certain Discovery Deadlines. Dkt. 211. Specifically, the parties request an extension of certain deadlines set forth in the Court's Order dated June 7, 2018. Dkt. 189.

The Court has considered the parties' stipulated motion, the governing law, and the balance of the record, and finds that good cause exists to extend these deadlines. Accordingly, the parties' motion, Dkt. 211, is GRANTED, and the Court ORDERS as follows:

(1) The deadline for rebuttal expert reports is extended from August 6, 2018 to **August 27, 2018**.

(2) The discovery motions filing deadline is extended from July 19, 2018 to **August 8, 2018**.

(3) The deadline to complete fact discovery remains August 15, 2018.

ORDER
PAGE - 1

(4) The deadline to complete expert discovery is **September 12, 2018**.

(5) The dispositive motion deadline is extended from August 23, 2018 to **September 26, 2018.**

(6) The Clerk is directed to send a copy of this Order to counsel for both parties, and to the Honorable Thomas S. Zilly.

DATED this 30th day of July, 2018.

JAMES P. DONOHUE
United States Magistrate Judge