UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

        Plaintiff,

  v.

VALVE CORPORATION,

        Defendant.

C17-1182 TSZ-JPD

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    Defendant's motion for stay, docket no. 190, is DENIED. The Court is persuaded that a stay of this matter during the pendency of *Inter Partes* Review ("IPR") proceedings before the Patent Trial and Appeal Board ("PTAB"), initiated by Collective Minds Gaming Co. Ltd., which is not a party to this case, would not serve to simplify this case and might unduly prejudice plaintiff. *See* *Supercell Oy v. Rothschild Digital Media Innovations, LLC*, 2016 WL 9226493 at *2 (W.D. Wash. July 28, 2016) (outlining as factors to consider in deciding a motion to stay: (i) the stage of the case; (ii) whether a stay would simplify the court proceedings; and (iii) whether a stay would unduly prejudice or present a clear tactical disadvantage to the non-moving party).

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Magistrate Judge Donohue.

      Dated this 2nd day of August, 2018.

                                 William M. McCool
                               Clerk

                               s/Karen Dews
                               Deputy Clerk

MINUTE ORDER - 1