# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,

  Plaintiff,

  v.

VALVE CORPORATION, a Washington corporation,

  Defendant.

Case No. C17-1182-TSZ

ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES

This matter comes before the Court upon the parties' August 8, 2018 Stipulated Motion to Extend Certain Discovery Deadlines. Dkt. 237. Specifically, the parties request an extension of certain deadlines set forth in the Court's Order dated July 30, 2018. Dkt. 224.

The Court has considered the parties' stipulated motion, the governing law, and the balance of the record, and finds that good cause exists to extend these deadlines. Accordingly, the parties' motion, Dkt. 237, is GRANTED, and the Court ORDERS as follows:

(1) The discovery motions filing deadline shall be extended to **August 15, 2018,** but only for the discrete issues identified in the Stipulated Motion, (Dkt. 237 at 2);

(2) The discovery completion deadline shall be extended to August 23, 2018 for the purposes of completing discovery in connection with third party Microsoft.

(3) The Clerk is directed to send a copy of this Order to counsel for both parties, and

ORDER
PAGE - 1

1 | to the Honorable Thomas S. Zilly.

DATED this 14th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　／s／ James P. Donohue
　　　　　　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER
PAGE - 2