UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. C17-1182-TSZ<br><br>ORDER GRANTING IRONBURG's MOTION TO SEAL |

This matter comes before the Court upon plaintiff Ironburg Inventions Ltd. ("Ironburg")'s unopposed motion to seal two documents pursuant to the parties' Stipulated Protective Order. Dkt. 268. Specifically, plaintiff moves pursuant to LCR 5(g) to maintain the Rebuttal Expert Report of Ambreen Salters ("Salters Report"), and a spreadsheet related to the buyout of Ironburg's co-founder Simon Burgess, under seal because they contain confidential business information and have been designated for "ATTORNEY'S EYES ONLY." Dkt. 268. To date, Valve Corporation ("Valve") has not opposed plaintiff's motion. *See* Dkt. 269 (Wanger Decl.) at ¶ 2 (expressing counsel's understanding that both parties agree the documents are confidential).

ORDER
PAGE - 1

Having reviewed the motion, as well as the declaration of Christopher Wanger, the Court finds that these documents contain confidential competitive information that properly falls within the scope of the protective order. Accordingly, plaintiff's motion to seal, Dkt. 268, is GRANTED.

DATED this 19th day of October, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge