UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered March 14, 2018, docket no. 179, all non-dispositive motions in this matter were referred to the Honorable James P. Donohue, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judges' Rule MRJ 3. Although certain motions now pending in this case might fall within this referral, all pending and any future motions will be decided by Judge Zilly.

(2) The Clerk is DIRECTED to place all pending (and any future) motions on Judge Zilly's calendar, including defendant's motions to exclude expert testimony, docket no. 252, for summary judgment, docket no. 255, and to sever or stay claims, docket no. 292, and plaintiff's motions for partial summary judgment, docket no. 258, for *inter partes* review estoppel, docket no. 260, and to bifurcate trial, docket no. 294.

(3) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of October, 2018.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1