UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the parties' Joint Status Report, docket no. 302, indicating that the United States Court of Appeals for the Federal Circuit has affirmed the decisions of the United States Patent and Trademark Office's Patent Trial and Appeal Board in IPR 2016-00948 and IPR 2016-00949, the stay imposed by the Minute Order entered November 15, 2018, docket no. 301, is LIFTED as to plaintiff's claims relating to U.S. Patents Nos. 8,641,525 and 9,089,770, and this matter is returned to the active docket.[1]

(2) The previously deferred motions, docket nos. 252, 258, 260, and 294, are NOTED for August 16, 2019. The Court will set a trial date and related deadlines after it rules on the pending motions.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of August, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

---

[1] The partial stay imposed by the Minute Order entered December 6, 2017, docket no. 148, with respect to U.S. Patents Nos. 9,289,688 and 9,352,229, remains in full force and effect.

MINUTE ORDER - 1