UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion to seal, docket no. 310, in which plaintiff has joined, docket no. 315, is GRANTED. Defendant's reply, docket no. 313, and the declaration of Patrick Lujin, docket no. 314, which were filed in support of defendant's motion to compel, docket no. 304, which has since been withdrawn, *see* Notice (docket no. 316), shall remain under seal.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of September, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1