UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to General Order No. 01-20, issued on March 6, 2020, the Pretrial Conference scheduled for March 13, 2020, will be conducted telephonically. The time of the Pretrial Conference is CHANGED to 10:30 a.m. Counsel shall arrange a conference call among themselves and then contact the Court at (206) 370-8830. The trial date of March 20, 2020, is STRICKEN.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1