UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motion to seal, docket no. 332, as to which defendant has provided the requisite support, *see* Def.'s Resp. (docket no. 356), is GRANTED. The unredacted versions of plaintiff's response, docket no. 333, to defendant's motions in limine, and of Exhibits 3, 5, 8, and 9, docket nos. 334–337, shall remain under seal.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of March, 2020.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 1