UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | C17-1182 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Pretrial Conference scheduled for March 13, 2020, is STRICKEN and will be reset at a later date. Written objections to the Court's proposed jury instructions, which were circulated by email on March 11, 2020, shall be filed by March 27, 2020.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 12th day of March, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1