UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed the portions of the deposition of Simon Burgess taken on May 10, 2018, that were designated and counter-designated by the parties, and the parties' respective objections, *see* Exhibit A to Plaintiff's Response to Defendant's Errata (docket no. 365), and now SUSTAINS some of the objections and STRIKES the following portions of the deposition:

- Page 43, Lines 24-25;
- Page 65, Lines 2-10;
- Page 69, Lines 11-15;
- Page 69, Line 16 – Page 70, Line 3 (provisionally designated);
- Page 71, Lines 1-22;
- Page 71, Line 23 – Page 72, Line 7;

MINUTE ORDER - 1

- Page 100, Lines 9-14;
- Page 105, Lines 1-5;
- Page 106, Lines 1-23;
- Page 195, Lines 16-25;
- Page 196, Lines 1-8; and
- Page 200, Lines 7-15.

The Court has considered and OVERRULES all other objections.

(2) Counsel are DIRECTED to meet and confer and advise the Court within fourteen (14) days of the date of this Minute Order whether the parties will waive their rights to a jury and agree to try this case to the Court.

(3) The Court DEFERS until trial ruling on the parties' Statement of Joint Objections to the Court's Proposed Jury Instructions, docket no. 374.

(4) Plaintiff's Objections to the Court's Proposed Voir Dire, docket no. 370, are GRANTED in part and DENIED in part. Objection No. 1 is GRANTED, and the last sentence in Paragraph 6 (on Page 2) will be revised to state as follows: "The jury will be asked to decide whether defendant is liable to plaintiff and, if so, the amount of damages." Objection No. 2 is DENIED without prejudice to plaintiff's counsel asking the proposed question. Objection No. 3 is DENIED.

(5) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of June, 2020.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk

MINUTE ORDER - 2