UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

        Plaintiff,

v.

VALVE CORPORATION,

        Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) A telephonic status conference is SET for Friday, November 13, 2020, at 10:00 a.m. Counsel will be provided dialing instructions via email. Counsel shall be prepared to discuss scheduling this matter for a virtual jury trial in January 2021. For more information about virtual proceedings, please see the Order dated September 16, 2020, in *Dallo v. Holland America Line N.V., LLC*, W.D. Wash. Case No. C19-865 TSZ (docket no. 53), and visit https://www.wawd.uscourts.gov/attorneys/remotehearings.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of November, 2020.

        William M. McCool
        Clerk

        s/Gail Glass
        Deputy Clerk

MINUTE ORDER - 1