1

2

3

4

5

6

7

The Honorable Thomas S. Zilly

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10

11  IRONBURG INVENTIONS LTD.,

No. 2:17-cv-01182-TSZ

12      Plaintiff,

**PLAINTIFF IRONBURG INVENTIONS LTD.'S RESPONSE TO COURT'S ORDER RE: MAILING OF ACCUSED DEVICES**

13      v.

14  VALVE CORPORATION,

15      Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to the Court's Minute Order dated January 19, 2021 (Dkt. #388), plaintiff

2   Ironburg Inventions Ltd. ("Ironburg") hereby submits its response to the Court's order that

3   "Defendant is directed to provide to the Court, in advance of trial, ten (10) accused devices. Any

4   objections to the Court's plan of mailing an accused device to each juror, instructing jurors not to

5   open the boxes or inspect the devices until told to do so, and attempting to retrieve the devices

6   after the trial are due by January 20, 2021."  Ironburg does not object to the Court's plan to mail

7   the accused controllers to the jurors, as outlined in the Minute Order, provided that:

8       • The Court instructs the jurors to refrain from opening the packages containing the

9           accused devices before jury deliberations commence; and

10      • An attorney or representative for Ironburg has, prior to the jurors opening the

11          boxes, an opportunity to view the devices provided by defendant Valve

12          Corporation via Zoom to ensure all parties agree the correct devices are sent to and

13          received by the jurors.

14      Ironburg respectfully submits these requests in an attempt to mirror the procedure for

15   physical evidence that would likely be employed for an in-person jury trial.

16

17   Dated:  January 20, 2021            **MANATT, PHELPS & PHILLIPS, LLP**

18                                       By:___*/s/ Robert D. Becker*_____
                                            Robert D. Becker, *pro hac vice*
19                                          Christopher L. Wanger, *pro hac vice*
                                            One Embarcadero Center, 30th Floor
20                                          San Francisco, CA  94111
                                            Tel: (415) 291-7617; Fax (415) 291-7474
21                                          Email: rbecker@manatt.com
                                            Email: cwanger@manatt.com
22

23                                       **SAVITT BRUCE & WILLEY LLP**
                                            Stephen C. Willey, WSBA #24499
24                                          1425 Fourth Avenue, Suite 800
                                            Seattle, WA  98101-2272
25                                          Tel: (206) 749-0500; Fax (206) 749-0600
                                            Email: swilley@sbwllp.com
26

27                                       *Attorneys for Plaintiff Ironburg Inventions Ltd.*

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2021 I served the foregoing PLAINTIFF IRONBURG INVENTIONS LTD.'S RESPONSE TO COURT'S ORDER RE: MAILING OF ACCUSED DEVICES with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.


*/s/ Robert D. Becker*
Robert D. Becker