UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendants. | C17-1182 TSZ <br><br> VERDICT |

We, the jury, answer the questions submitted by the Court as follows:

<u>Question No. 1</u>

Do you find for plaintiff on its claim of patent infringement with respect to one or more of the Claims of the '525 Patent?

<u>Answer</u>:

| | | |
|---|---|---|
| Claim 2  | Yes __**X**__ | No _____ |
| Claim 4  | Yes __**X**__ | No _____ |
| Claim 7  | Yes __**X**__ | No _____ |
| Claim 9  | Yes __**X**__ | No _____ |
| Claim 10 | Yes __**X**__ | No _____ |
| Claim 11 | Yes __**X**__ | No _____ |
| Claim 18 | Yes __**X**__ | No _____ |

VERDICT - 1

If your answer to Question No. 1 is "Yes" as to one or more Claims of the '525 Patent, then proceed to Question No. 2.  If your answer to Question No. 1 is "No" as to all Claims of the '525 Patent, then please date the Verdict form and enter the name of the presiding juror in the space provided.

Question No. 2

Do you find that any patent infringement was willful?

Answer:

Yes **X**          No _____

Question No. 3

What amount of damages, if any, do you award to plaintiff on its claim of patent infringement?

Answer:

$**4,029,533.93**

DATED this __**1**__ day of __**February**__, 2021.

████████████████
Presiding Juror

VERDICT - 2