# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The deferred portion of defendant's oral motion, and defendant's written motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a), docket no. 412, are DENIED.

(2) The Clerk is DIRECTED to enter judgment consistent with the verdict rendered by the jury and to send copies of the judgment to all counsel of record.

(3) The Court's oral direction to counsel to meet and confer and to file a Joint Status Report concerning the timing of entering judgment in this matter is VACATED.

(4) Any motion seeking enhanced damages under 35 U.S.C. § 284 shall be filed within 28 days after the entry of judgment, and noted for the fourth Friday after filing.

(5) Any motion seeking judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) and/or other post-judgment relief shall be filed within 28 days after the entry of judgment, and noted for the fourth Friday after filing.

MINUTE ORDER - 1

(6) The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record and to administratively close this case upon the entry of judgment.

Dated this 2nd day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 2