# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C17-1182 TSZ |

_X_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

Pursuant to the verdict rendered by the jury, docket nos. 416 and 417, judgment is hereby ENTERED in favor of plaintiff Ironburg Inventions Ltd. and against defendant Valve Corporation in the amount of $4,029,533.93, together with costs to be taxed in the manner set forth in Local Civil Rule 54(d) and interest pursuant to 28 U.S.C. § 1961 at the rate of nine-hundredths of one percent (0.09%) per annum from the date of this judgment until paid in full.

Dated this 2nd day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk