UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

  v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion, docket no. 420, for an extension of time, is GRANTED as follows. If defendant files a motion pursuant to Federal Rules of Civil Procedure 50(b) and/or 59, then plaintiff shall file any motion for attorney's fees and shall tax costs within fourteen (14) days after the Court rules on defendant's motion. If defendant does not file a motion for judgment as a matter of law and/or for new trial, then plaintiff shall file any motion for attorney's fees and shall tax costs within twenty-eight (28) days of the date of this Minute Order.

(2) A status conference is SET for Wednesday, February 17, 2021, at 11:00 a.m. Liaison counsel will receive ZoomGov.com access information via email. At the status conference, counsel shall be prepared to address: (i) whether the Court should enter an amended judgment, denominated as a partial judgment, containing a Rule 54(b) certification; and (ii) if so, whether the deadlines set forth in the Minute Order entered February 2, 2021, docket no. 418, should be adjusted accordingly.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of February, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1