UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

ORDER

IT IS HEREBY ORDERED:

(1) Having heard the views of counsel during a status conference conducted on February 17, 2021, and being fully advised in the premises, the Judgment entered on February 2, 2021, docket no. 419, is hereby VACATED pursuant to Federal Rule of Civil Procedure 60(a).

(2) Any motion seeking enhanced damages under 35 U.S.C. § 284 and any motion seeking judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) and/or other post-judgment relief, remain due on March 2, 2021, and shall be noted for the fourth Friday after filing. The Court will enter an appropriate form of partial judgment with the requisite Rule 54(b) certification after ruling on the parties' anticipated motions.

ORDER - 1

(3)   The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 17th day of February, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 2