UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion to seal, docket no. 434, is GRANTED, and the unredacted version of defendant's motion for judgment as a matter of law ("JMOL") or new trial, docket no. 435, shall remain sealed. In its response, docket no. 450, plaintiff indicated that the redacted version of defendant's motion for JMOL or new trial, docket no. 436, could be revised to disclose additional materials to the public. The Court is not able to edit documents that are already in the record.

(2) Plaintiff's motion to seal, docket no. 438, as supplemented by defendant's response, docket no. 444, is GRANTED in part and DENIED in part as follows:

    (a) The unredacted version of plaintiff's motion for enhanced damages, docket no. 439, shall remain under seal; and

    (b) The unredacted version of the Declaration of Christopher L. Wanger, docket no. 440, shall be UNSEALED.

(3) Plaintiff's motion to seal, docket no. 447, to which no response was filed, is GRANTED, and the unredacted version of plaintiff's response, docket no. 448, to

MINUTE ORDER - 1

defendant's motion for JMOL or new trial, shall remain under seal.  The Clerk is DIRECTED to modify the docket entry to clarify that the document at issue is a response to the motion for JMOL or new trial, docket no. 435, and not a response to the linked motions to seal, docket nos. 434 and 447.

(4)     Defendant's unopposed motion to seal, docket no. 451, is GRANTED, and the unredacted version of defendant's reply, docket no. 453, in support of its motion for JMOL or new trial, shall remain under seal.

(5)     The Clerk is further DIRECTED to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of April, 2021.

                                            William M. McCool
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 2