UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | C17-1182 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   On or before June 25, 2021, the parties shall file any objection to the form of partial judgment attached as Appendix A.  The amount of post-judgment interest will be adjusted, if necessary, on the date the partial judgment is entered.

(2)   Any motion to tax costs, and any separate motion for attorney's fees, shall be filed in accordance with, respectively, Local Civil Rule 54(d) and Federal Rule of Civil Procedure 54(d)(2), after the Court enters partial judgment.  Plaintiff's motion to set deadlines, docket no. 459, is STRICKEN as moot.

(3)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1

# Appendix A

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD.,<br><br>                    Plaintiff,<br><br>     v.<br><br>VALVE CORPORATION,<br><br>                    Defendant. | PARTIAL JUDGMENT<br>IN A CIVIL CASE<br><br><br>CASE NO. C17-1182 TSZ |

_X_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

The Court finding no just reason for delay, *see* Fed. R. Civ. P. 54(b), partial judgment is hereby ENTERED as follows: (1) consistent with the verdict rendered by the jury, docket nos. 416 and 417, partial judgment is ENTERED in favor of plaintiff Ironburg Inventions Ltd. ("Ironburg") and against defendant Valve Corporation ("Valve") on Ironburg's claims for infringement of U.S. Patent No. 8,641,525 in the amount of $4,029,533.93, together with costs to be taxed in the manner set forth in Local Civil Rule 54(d) and interest pursuant to 28 U.S.C. § 1961 at the rate of five-hundredths of one percent (0.05%) per annum from the date of this judgment until paid in full; and (2) consistent with the Court's ruling that the accused device does not literally or under the doctrine of equivalents infringe Claims 13 or 14 of U.S. Patent No. 9,089,770 (the '770 Patent), *see* Minute Order at ¶ 1(g) (docket no. 301), Ironburg's claims involving the '770 Patent are DISMISSED with prejudice, and Valve may tax costs in connection with such claims in the manner set forth in Local Civil Rule 54(d).

Dated this _____ day of June, 2021.

                                                          William M. McCool
                                                          Clerk

                                                          s/Gail Glass
                                                          Deputy Clerk