# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | PARTIAL JUDGMENT IN A CIVIL CASE <br><br><br> CASE NO. C17-1182 TSZ |

__X__  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__  **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

All claims and counterclaims involving U.S. Patent Nos. 8,641,525 and 9,089,770 having been resolved,[1] all matters involving U.S. Patent Nos. 9,289,688 and 9,352,229 having been stayed,[2] and the Court finding no just reason for delay, _see_ Fed. R. Civ. P. 54(b), partial judgment is hereby ENTERED as follows: (1) consistent with the verdict rendered by the jury, docket nos. 416 and 417, judgment is ENTERED in favor of plaintiff Ironburg Inventions Ltd. ("Ironburg") and against defendant Valve Corporation ("Valve") on Ironburg's claims for infringement of U.S. Patent No. 8,641,525 in the amount of $4,029,533.93, together with costs to be taxed in the manner set forth in Local Civil Rule 54(d) and interest pursuant to 28 U.S.C. § 1961 at the rate of eight-hundredths of one percent (0.08%) per annum from the date of this judgment until paid in full; and (2) consistent with the Court's ruling that the accused device does not literally or under the doctrine of equivalents infringe Claims 13 or 14 of U.S. Patent No. 9,089,770 (the '770 Patent), _see_ Minute Order at ¶ 1(g) (docket no. 301), judgment is ENTERED in favor of Valve on its fourth counterclaim for

---

[1] _See_ Order (docket no. 458); Verdict (docket nos. 416 & 417); Minute Order (docket no. 325) (granting Stip. Mot. re: first counterclaim (docket no. 323)); Minute Order at ¶ 1(a) (docket no. 322) (dismissing third counterclaim at moot); Order (docket no. 320) (dismissing ninth counterclaim for declaratory judgment re: inequitable conduct); Minute Order at ¶ 1(g) (docket no. 301).

[2] _See_ Minute Order at 1 n.1 (docket no. 303); Minute Order at ¶ 2(b) (docket no. 148).

declaratory judgment of non-infringement, Ironburg's claims involving the '770 Patent are DISMISSED with prejudice, and Valve may tax costs in connection with such claims in the manner set forth in Local Civil Rule 54(d).

Dated this 19th day of July, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk
