1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01182-TSZ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT PURSUANT TO FED. R. CIV. P. 62 AND TO SET MONETARY DEPOSIT AMOUNT PURSUANT TO LCR 67** |

17  This matter having come on regularly by Defendant's Unopposed Motion for Order to Stay
18  Execution of Judgment Pursuant to Fed. R. Civ. P. 62 and to Set Monetary Deposit Amount
19  Pursuant to LCR 67, the Court having reviewed and considered that unopposed motion, the
20  materials relied upon in support of that motion, all evidence presented, and all files and records
21  herein, and having been fully advised in the premises, now therefore,
22      It is **ORDERED** that:
23      1.    Defendant's Unopposed Motion for Order to Stay Execution of Judgment Pursuant
24  to Fed. R. Civ. P. 62 and to Set Monetary Deposit Amount Pursuant to LCR 67, docket no. 465, is
25  **GRANTED**;
26

ORDER GRANTING UNOPPOSED MOTION TO STAY
EXECUTION OF JUDGMENT AND TO SET MONETARY
DEPOSIT AMOUNT
(2:17-CV-01182-TSZ) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

124819184

2.  Defendant shall deposit $4,036,033.93 into the Registry of the Court within ten (10) business days of entry of this Order or by August 13, 2021, whichever occurs later, to secure a stay of proceedings to enforce the Court's partial judgment pending appeal; and

3.  A stay of execution of the Court's partial judgment entered July 19, 2021, docket no. 464, shall continue pending final resolution of all appeals in this case contingent upon Defendant's posting of the above-described deposit.

DATED this 29th day of July, 2021.

Thomas S. Zilly
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO STAY EXECUTION OF JUDGMENT AND TO SET MONETARY DEPOSIT AMOUNT
(2:17-CV-01182-TSZ) - 2

Fox Rothschild LLP
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

124819184

Presented by:

FOX ROTHSCHILD LLP

By: *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:   206.624.3600
Facsimile:   206.389.1708
Email:       gskok@foxrothschild.com

B. Trent Webb (pro hac vice)
Patrick A. Lujin (pro hac vice)
Mark D. Schafer (pro hac vice)
Lydia C. Raw (pro hac vice)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone:   816.474.6550
Facsimile:   816.421.5547
E-mail:      bwebb@shb.com; plujin@shb.com
             mschafer@shb.com; lraw@shb.com

Reynaldo C. Barcelo
Joshua C. Harrison
BARCELO HARRISON & WALKER LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone:   949.340.9736
Facsimile:   949.258.5752
Email: rey@bhiplaw.com; josh@bhiplaw.com

Guadalupe M. Garcia
BARCELO, HARRISON & WALKER, LLP
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
Ph: 650-585-2933
Email: lupe@bhiplaw.com

Attorneys for Defendant Valve Corporation

ORDER GRANTING UNOPPOSED MOTION TO STAY
EXECUTION OF JUDGMENT AND TO SET MONETARY
DEPOSIT AMOUNT
(2:17-CV-01182-TSZ) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

124819184