UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., a United Kingdom Limited Company,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:17-cv-01182-TSZ<br><br>**DEFENDANT VALVE CORPORATION'S NOTICE OF APPEAL**<br><br>**DISTRICT COURT JUDGE:**<br>**HONORABLE THOMAS S. ZILLY** |

PLEASE TAKE NOTICE THAT Defendant Valve Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment Pursuant to Fed. R. Civ. P. 54(b) entered on July 19, 2021 (Dkt. # 464) and all rulings, proceedings, orders, findings, and decisions (whether oral or written) interlocutory thereto, incorporated within, or underlying the Judgment that are adverse to Valve Corporation.

Pursuant to 28 U.S.C. § 1917 and Fed. R. App. P. 3(e), Valve is simultaneously paying all required fees associated with this notice of appeal.

NOTICE OF APPEAL - (2:17-CV-01182-TSZ) - 1

**Fox Rothschild LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

| | |
|---|---|
| Dated: August 12, 2021 | FOX ROTHSCHILD LLP |
| | |
| | By: *s/ Gavin W. Skok* |
| | Gavin W. Skok, WSBA #29766 |
| | 1001 Fourth Avenue, Suite 4500 |
| | Seattle, WA 98154 |
| | Telephone:    206.624.3600 |
| | Facsimile:    206.389.1708 |
| | Email: gskok@foxrothschild.com |
| | |
| | B. Trent Webb (pro hac vice) |
| | Patrick A. Lujin (pro hac vice) |
| | Mark D. Schafer (pro hac vice) |
| | Lydia C. Raw (pro hac vice) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108 |
| | Telephone:    816.474.6550 |
| | Facsimile:    816.421.5547 |
| | E-mail:        bwebb@shb.com |
| | plujin@shb.com |
| | mschafer@shb.com |
| | lraw@shb.com |
| | |
| | Reynaldo C. Barcelo |
| | Joshua C. Harrison |
| | BARCELO HARRISON & WALKER LLP |
| | 2901 West Coast Highway, Suite 200 |
| | Newport Beach, CA 92663 |
| | Telephone:    949.340.9736 |
| | Facsimile:    949.258.5752 |
| | Email:          rey@bhiplaw.com |
| | josh@bhiplaw.com |
| | |
| | Guadalupe M. Garcia |
| | BARCELO, HARRISON & WALKER, LLP |
| | 2225 E. Bayshore Road, Suite 200 |
| | Palo Alto, CA  94303 |
| | Ph: 650-585-2933 |
| | Email: lupe@bhiplaw.com |
| | |
| | Attorneys for Defendant |
| | VALVE CORPORATION |

## **CERTIFICATE OF SERVICE**

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| **Service List** ||
|---|---|
| **Robert D. Becker**<br>Manatt, Phelps & Phillips LLP-CA<br>1841 Page Mill Road<br>Palo Alto, CA 94304<br>Ph: 650-812-1300<br>Email: rbecker@manatt.com<br><br>**Christopher L. Wanger**<br>**Ana G. Guardado**<br>MANATT, PHELPS & PHILLIPS, LLP<br>One Embarcadero Center, 30th Floor<br>San Francisco, CA 94111<br>Ph: 415-291-7410<br>Email: cwanger@manatt.com;<br>aguardado@manatt.com<br><br>**Stephen C Willey**<br>**Duffy J. Graham**<br>SAVITT BRUCE & WILLEY LLP<br>1425 Fourth Ave, Ste 800<br>Seattle, WA 98101-2272<br>206-749-0500<br>Fax: 206-749-0600<br>Email: swilley@sbwllp.com; dgraham@sbwllp.com<br><br>**Alexandra N. Hill**<br>MANATT, PHELPS & PHILLIPS, LLP<br>2049 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Ph: 310-312-4183<br>Email: AHill@manatt.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

NOTICE OF APPEAL - (2:17-CV-01182-TSZ) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

1   I declare under penalty of perjury under the laws of the State of Washington that the
2   foregoing is true and correct.
3   EXECUTED this 12th day of August, 2021, in Seattle, Washington.

*[signature]*
Courtney R. Brooks

NOTICE OF APPEAL - (2:17-CV-01182-TSZ) - 4

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600