UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD, a United Kingdom limited company

Plaintiff,

v.

VALVE CORPORATION, a Washington corporation

Defendants.

Case No. 2:17-CV-01182 TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against Defendant(s) VALVE CORPORATION, and on behalf of Plaintiff IRONBURG INVENTIONS LTD., in the amount of $111,993.00. Due to the voluminous nature of the requested costs, only those items that are to be partially or fully denied will be listed below. Any other requested costs are to be deemed as accepted by the court:

| Deponent or Fee Type | Cost Requested | Cost Disallowed | Cost Allowed |
|---|---|---|---|
| Witness Fees-**Cosereanu** per diem | $66.00 | $48.64- *per pg.4 of Ironburg reply filed at docket 488- reduced to actual GSA travel* | $17.36 |
| Expedited FedEx fees-**Exhibit 81; filed at #474-7- invoice IRV09261** | $1,421.55 | $212.23- *expedited fees not taxable- 15 days between date of order and billing; rate of $424.45 billed at 50%* | $1,209.32 |

TAXATION OF COSTS -1

| | | | |
|---|---|---|---|
| Expedited FedEx fees- **Exhibit 83; filed at #474-7- invoice IRV09262** | $1,014.78 | $113.25- *expedited fees not taxable- 15 days between date of order and billing; rate of $226.50 billed at 50%* | $901.53 |
| Expedited FedEx fees- **Exhibit 85; filed at #474-7- invoice IRV09259** | $1,132.11 | $173.17- *expedited fees not taxable- 15 days between date of order and billing; rate of $346.34 billed at 50%* | $958.94 |
| Expedited FedEx fees- **Exhibit 86; filed at #474-7- invoice IRV09260** | $306.66 | $87.06- *expedited fees not taxable- 15 days between date of order and billing; rate of $174.21 billed at 50%* | $219.60 |
| | | | |
| **Totals** | **Costs Requested** $112,627.35. | **Costs Disallowed** $634.35 | **Costs Allowed** $111,993.00 |

Entered this ___15th___ day of September, 2021

Ravi Subramanian, Clerk
U. S. District Court


By: __s/ PATRICK SHERWOOD__
Patrick Sherwood, Deputy in Charge

TAXATION OF COSTS -2