UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD, a United Kingdom limited company

    Plaintiff,

v.

VALVE CORPORATION, a Washington corporation

    Defendants.

Case No. 2:17-CV-01182 TSZ

TAXATION OF COSTS

Costs in the above-entitled cause are hereby taxed against Plaintiff IRONBURG INVENTIONS LTD., and on behalf of Defendant(s) VALVE CORPORATION, in the amount of $46,744.01, comprised of the following:

| **Deponent or Fee Type** | **Cost Requested** | **Cost Disallowed** | **Cost Allowed** |
|---|---|---|---|
| Fees for service of summons and subpoena | $410.00 | -0 | $410.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | $41,799.31 | -0 | $41,799.31 |
| Fees for Witnesses | $176.84 | -0 | $176.84 |
| Fees for Exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | $4,357.86 | -0 | $4,357.86 |

TAXATION OF COSTS -1

| Totals | Costs Requested | Costs Disallowed | Costs Allowed |
|---|---|---|---|
|  | $46,744.01 | $0 | $46,744.01 |

Entered this __15th__ day of September, 2021

Ravi Subramanian, Clerk
U. S. District Court

By: __s/ PATRICK SHERWOOD__
Patrick Sherwood, Deputy in Charge

TAXATION OF COSTS -2