# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., <br><br> Plaintiff, <br><br> v. <br><br> VALVE CORPORATION, <br><br> Defendant. | SUPPLEMENTAL PARTIAL JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C17-1182 TSZ |

___    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

All claims and counterclaims involving U.S. Patent Nos. 8,641,525 and 9,089,770 having been resolved, *see* Partial Judgment (docket no. 464), and the Court finding no just reason for delay in connection with the related matter of prejudgment interest, *see* Order (docket no. 495) (citing Fed. R. Civ. P. 54(b)), supplemental partial judgment is hereby ENTERED in favor of plaintiff Ironburg Inventions Ltd. and against defendant Valve Corporation in the amount of $322,859.38 as prejudgment interest from August 15, 2019, to July 19, 2021, which shall bear post-judgment interest pursuant to 28 U.S.C. § 1961 at the rate of eight-hundredths of one percent (0.08%) per annum, compounded annually, from July 19, 2021, until paid in full.

Dated this 27th day of September, 2021.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk