# United States Court of Appeals for the Federal Circuit

---

**IRONBURG INVENTIONS LTD.,**
*Plaintiff-Cross-Appellant*

v.

**VALVE CORPORATION,**
*Defendant-Appellant*

---

2021-2296, 2021-2297, 2022-1070

---

Appeals from the United States District Court for the Western District of Washington in No. 2:17-cv-01182-TSZ, Senior Judge Thomas S. Zilly.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

April 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court