UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion for a status conference, docket no. 517, is DENIED. Plaintiff's related motion, docket no. 522, to strike defendant's reply in support of its motion for a status conference is also DENIED.

(2) Plaintiff's renewed motion, docket no. 513, for inter partes review estoppel, with respect to the non-petitioned grounds at issue (Kotkin and Willner-Koji-Raymond), is sua sponte RENOTED to February 23, 2024.

   (a) Defendant's response to plaintiff's motion shall be filed by January 26, 2024, and any reply shall be filed by the new noting date. The page limits and other requirements set forth in the Minute Order entered August 10, 2023, docket no. 511, remain in full force and effect.

   (b) Defendant may include within its response any motion to strike or otherwise limit consideration of the declaration of plaintiff's expert Glen Stevick, Ph.D., docket no. 514, and/or may submit a responsive declaration by an expert concerning the merits of defendant's contention that Kotkin and/or Willner-Koji-Raymond render obvious certain claims of United States Patent No. 8,641,525.

   (c) Plaintiff may include within its reply any opposition to defendant's motion to strike, as well as any motion to strike or otherwise limit consideration of any responsive declaration filed by defendant.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of December, 2023.

                                            Ravi Subramanian
                                            Clerk

                                            s/Laurie Cuaresma
                                            Deputy Clerk

MINUTE ORDER - 2