# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD.,<br><br>                Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>                Defendant. | SUPPLEMENTAL PARTIAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-1182 TSZ |

\_\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Ironburg Inventions Ltd.'s motion, docket no. 513, for inter partes review estoppel is GRANTED, and defendant Valve Corporation is precluded, pursuant to 35 U.S.C. § 315(e)(2), from asserting the non-petitioned grounds at issue (Kotkin and the combination of Willner, Koji, and Raymond) for challenging the validity of Claims 2, 4, 7, 9, 10, 11, and 18 of United States Patent No. 8,641,525 B2. The Court finding no just reason for delay, *see* Fed. R. Civ. P. 54(b), supplemental partial judgment is hereby ENTERED in favor of plaintiff and against defendant.

Dated this 6th day of May, 2024.

 

                                                                Ravi Subramanian<br>
                                                                Clerk

                                                                s/Laurie Cuaresma<br>
                                                                Deputy Clerk