UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRONBURG INVENTIONS LTD., Plaintiff, v. VALVE CORPORATION, Defendant. | C17-1182 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's unopposed motion, docket no. 572, is GRANTED, and the following attorneys are granted leave to withdraw as counsel of record for defendant Valve Corporation ("Valve"), effective immediately: Jonah O. Harrison, Jeremy E. Roller, and the firm of Arete Law Group PLLC, and B. Trent Webb, Patrick A. Lujin, Mary Jane Peal, Lydia C. Raw, and the firm of Shook, Hardy & Bacon L.L.P.[1]

(2) Dario A. Machleidt and the firm of Kilpatrick Townsend & Stockton LLP, who have filed a notice of appearance, docket no. 569, and Reynaldo C. Barcelo, Guadalupe M. Garcia, Joshua C. Harrison, and the firm of Barcelo, Harrison & Walker LLP, shall remain counsel of record for Valve. David A. Reed, who has been granted pro hac vice status, *see* Order (docket no. 571), and any other member of the firm of Kilpatrick Townsend & Stockton LLP who wishes to represent Valve, shall file a notice of appearance.

---

[1] The Clerk is DIRECTED to update the docket to reflect the withdrawal on April 9, 2021, of Tanya L. Chaney as counsel of record for Valve. *See* Notice (docket no. 456).

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk