UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRONBURG INVENTIONS LTD.,

Plaintiff,

v.

VALVE CORPORATION,

Defendant.

C17-1182 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Joint Status Report filed on September 4, 2026, docket no. 579, the Court SETS the following dates and deadlines relating to defendant's challenge to the validity of Claims 2, 4, 7, 9, 10, 11, and 18 of U.S. Patent No. 8,641,525:

| | |
|---|---|
| **JURY TRIAL DATE (2-3 days)** | **May 10, 2027** |
| Disclosure of expert testimony | October 19, 2026 |
| Disclosure of rebuttal expert testimony | November 18, 2026 |
| Discovery motions filing deadline | December 11, 2026 |
| Discovery completion deadline | January 19, 2027 |
| Dispositive motions filing deadline | February 18, 2027 |

| | |
|---|---|
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | February 25, 2027 |
| Motions in limine[1] filing deadline | April 16, 2027 |
| Agreed pretrial order[2] due | April 23, 2027 |
| Trial briefs, proposed voir dire questions, and jury instructions due | April 23, 2027 |
| Pretrial conference | April 30, 2027<br>at 10:00 a.m. |

All other dates and deadlines are specified in the Local Civil Rules or Federal Rules of Civil Procedure. These dates are firm, and they can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon good cause shown -- failure to complete discovery within the time allowed is not recognized as good cause. Counsel must be prepared to begin trial on the date scheduled,

[1] All motions in limine shall be presented in a joint submission filed at least fourteen (14) days before the Pretrial Conference, and such joint submission shall be noted for the same day it is filed. The joint submission shall contain (i) an introductory statement, summarizing the case and the context for any evidentiary disputes; (ii) a list of any agreed motions in limine; and (iii) any disputed motions in limine, each set forth under a separate heading, below which the moving party will state its position and supporting legal authority, and the opposing party will do the same. Plaintiff's disputed motions in limine shall be sequentially numbered; defendant's disputed motions in limine shall be identified in alphabetical order. All provisions of Local Civil Rule 7(d)(5) that are not inconsistent with this Minute Order shall remain in full force and effect.

[2] The agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov. Notwithstanding Local Civil Rule 16.1, the exhibit list to be included in the agreed pretrial order shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. The original and one copy of the trial exhibits are to be delivered to the courtroom no later than the Friday before trial at a time coordinated with Grant Cogswell, who can be reached at 206-370-8518. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200.

but they should understand that the trial might have to await the completion of other cases.

(2) Pursuant to the parties' agreement, *see* Joint Status Report at 4–5 (docket no. 579), the claims and counterclaims relating to U.S. Patent No. 9,352,229 are again STAYED pending further order.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk